UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------x
In re                                  :
                                       :    Chapter 11
CAL DIVE INTERNATIONAL, INC.,          :
et al.,                                :    Case No. 15-10458 (CSS)
                                       :    Jointly Administered
        Debtors.                       :
                                       :    Rel. Dkt. No. 337
                                       :    Hearing Date: May 27, 2015 @ 11:00 a.m.
---------------------------------------------------------x

**AIRGAS USA, LLC'S LIMITED OBJECTION TO DEBTORS' MOTION FOR AN ORDER (I) AUTHORIZING CAL DIVE OFFSHORE CONTRACTORS, INC. TO SELL THE *ATLANTIC* AND RELATED ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES AND (II) GRANTING RELATED RELIEF**

Airgas USA, LLC ("Airgas") files this limited objection to the Debtors' Motion for an Order (I) Authorizing Cal Dive Offshore Contractors, Inc. to Sell the *Atlantic* and Related Assets Free and Clear of all Liens, Claims and Encumbrances and (II) Granting Related Relief (the "Motion") (Dkt. No. 337). In support of its objection, Airgas states as follows:

## BACKGROUND

1.    Airgas is a distributor of industrial, medical, and specialty gases to industrial and commercial markets. Airgas supplies these gases in cylinders, tube trailers or tanks. The cylinders and tube trailers are delivered to the customer filled with gas products.

2.    The cylinders, trailers and tanks at all times remain the property of Airgas. Airgas charges its customers a monthly rental fee for the cylinders, trailers and tanks while they are in the possession of the customer. When the cylinders or trailers are empty (or the customer no longer needs the gas product), they are returned to Airgas. Federal law prohibits the re-filling

of the cylinders, trailers and tanks by anyone other than the owner of these assets.

3. On March 3, 2015 (the "Petition Date"), the Debtors each filed voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code.

4. Prior to the Petition Date, Airgas provided the Debtors gas products in cylinders and tube trailers. Airgas delivered the cylinders to Debtor locations in Louisiana and Texas, among other locations. Airgas understands that the Debtors then loaded the cylinders on to their ships as they are needed. Airgas does not know the location of its assets.

5. As of the Petition Date, the Debtors were in possession of 271 of Airgas' cylinders, described below. Airgas made several requests to conduct an audit of the cylinders post-Petition to confirm the number and location of its assets, but the Debtors failed to respond. One cylinder set was recently returned.

6. As the Petition Date, the Debtors were in possession of:

| Cylinder No. | QTY | Loss of Use Rate per Cylinder | Totals |
|---|---|---|---|
| CY-AC 5 | 15 | $ 457.50 | $ 6,862.50 |
| CY-HE Z200 | 23 | $ 301.50 | $ 6,934.50 |
| CY-X03HE94C2006578 | 11 | $ 301.50 | $ 3,316.50 |
| CY-HE Z80 | 9 | $ 202.50 | $ 1,822.50 |
| CY-X03HE94C8064Y7 | 8 | $ 202.50 | $ 1,620.00 |
| CY-OX DVGCS3 | 3 | $ 7,160.00 | $ 21,480.00 |
| CY-OX DVGCX3 | 1 | $ 29,640.00 | $ 29,640.00 |
| CY-HE DVGOX50200 | 1 | $ 301.50 | $ 301.50 |
| CY-OX DVG200 | 88 | $ 301.50 | $ 26,532.00 |
| CY-OX DVGNI50200 | 8 | $ 301.50 | $ 2,412.00 |
| CY-Z02HE70D3000000 | 8 | $ 322.50 | $ 2,580.00 |
| CY-OX USPE | 5 | $ 19.50 | $ 97.50 |
| CY-HE DVGOX50300 | 2 | $ 322.50 | $ 645.00 |
| CY-HE Z300 | 4 | $ 322.50 | $ 1,290.00 |
| CY-X03HE88C2006580 | 2 | $ 301.50 | $ 603.00 |

| | | | |
|---|---|---|---|
| CY-X03HE94C2006578 | 29 | $ 301.50 | $ 8,743.50 |
| CY-HE Z80 | 40 | $ 202.50 | $ 8,100.00 |
| CY-X03HE94C806822 | 13 | $ 202.50 | $ 2,632.50 |
| | 270 | | $ 125,613.00 |

7. On May 6, 2015, the Debtors filed the Motion, seeking to sell one of its ships and related assets, free and clear of liens, claims and encumbrances.

## THE OBJECTION

8. Airgas does not object to the proposed sale of the Atlantic. However, Airgas does not know the location of its cylinders. The Debtors are currently in possession of 270 cylinders worth approximately $125,613.00. Airgas files this objection to ensure that the sale of the Debtors' assets does not include Airgas' property. Accordingly, Airgas requests that any order approving the Motion expressly exclude the sale of Airgas' assets. Airgas further requests that the Debtors identify the location of Airgas's assets.

WHEREFORE, Airgas requests that the Motion be denied to the extent that it seeks to sell Airgas' assets and that the Debtors identify the location of Airgas' assets.

Dated: May 20, 2015                                          SMITH, KATZENSTEIN & JENKINS LLP

> */s/ Kathleen M. Miller*
> Kathleen M. Miller (No. 2898)
> The Corporate Plaza
> 800 Delaware Avenue, Suite 1000
> P.O. Box 410
> Wilmington, DE 19899
> Telephone: (302) 652-8400
> Facsimile: (302) 652-8405
> Emails: kmiller@skjlaw.com

*Attorneys for Airgas USA, LLC*


## CERTIFICATE OF SERVICE

I hereby certify that on this **20th** day of **May 2015** a copy of the foregoing **AIRGAS USA, LLC'S LIMITED OBJECTION** was served on following by first class mail:

Rachel Layne Biblo
Mark D. Collins
Michael Joseph Merchant
Amanda R. Steele
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

George Davis
Andrew M. Parlen
Daniel S. Shamah
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036

Peter Friedman
O'Melveny & Myers LLP
1625 Eye Street NW
Washington, DC 20006

Suzzanne Uhland
O'Melveny & Myers LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111-3305

/s/ Kathleen M. Miller
Kathleen M. Miller (DE ID No. 2898)

15066:MOT:10284295.DOC.1