IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                : Chapter 11
                                      :
CAL DIVE INTERNATIONAL, INC., et al.,[1] : Case No. 15-10458 (CSS)
                                      :
                          Debtors.    : (Jointly Administered)
                                      :
                                      : **Re: Docket No. 979**
---------------------------------------------------------------x

## ORDER AUTHORIZING AMENDMENTS TO PURCHASE AND SALE AGREEMENT

Upon the motion (the "**Motion**")[2] of Cal Dive International, Inc. and its affiliated debtors and debtors in possession (collectively, the "**Debtors**"), for entry of an order (this "Order) authorizing, among other things, the Sellers to grant certain licenses under the First Amendment to the Arendal PSA, as more fully set forth in the Motion; and upon due and sufficient notice of the Motion having been provided under the particular circumstances, and it appearing that no other or further notice need be provided; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and that this Court may enter a final order consistent with Article III of the United States Constitution; and venue being proper before this Court under 28 U.S.C. §§ 1408 and 1409; and a hearing having been scheduled and, to the extent necessary, held to consider the relief requested in the Motion (the "Hearing"); and upon the record of the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Cal Dive International, Inc. (0501), Cal Dive Offshore Contractors, Inc. (4878), Affiliated Marine Contractors, Inc. (8678), Fleet Pipeline Services, Inc. (2104), Gulf Offshore Construction, Inc. (2106), and CDI Renewables, LLC (4985). The Debtors' corporate headquarters is at 2500 CityWest Boulevard, Suite 2200, Houston, TX 77042.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

RLF1 13512305v.1

Hearing (if any was held), and all the proceedings had before the Court; and the Court having found and determined that the relief requested is in the best interests of the Debtors, their estates and creditors, and any parties in interest; and that the legal and factual bases set forth in the Motion and at the Hearing (if any was held) establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. Pursuant to Bankruptcy Code section 363, the Debtors are authorized to grant the licenses as set forth more fully in the First Amendment, in the form attached hereto as Exhibit 1 and the License Agreement, in the form attached hereto as Exhibit 2.

3. CDOCI and Affiliated Marine are authorized to perform under the Arendal PSA, as amended by the First Amendment, under and subject to the Arendal Sale Order, the terms of which are incorporated by reference as if set forth fully herein.

4. Notice of the Motion as provided therein is deemed to be good and sufficient notice of such Motion, and the requirements of the Local Rules are satisfied by the contents of the Motion.

5. Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. The Debtors are authorized and empowered to take all actions necessary or appropriate to implement the relief granted in this Order.

7. The Order filed on July 24, 2015 re Docket No. 426 (A) Approving the Sale of the Debtors' Equity Interests in Hoc Offshore, S.DE R.L. DE C.V. and Tiburon Ingenieria and Construccion, S. DE R.L. DE C.V. and Certain Other Assets of the Debtors Free

RLF1 13512305v.1

and Clear of All Liens, Claims Encumbrances, and Other Interest Pursuant to Bankruptcy Code Sections 105,363(b), (f) and (m), (B) Approving the Assumption, Assignment, and Sale of Certain Executory Contracts and Unexpired Leases Pursuant to Bankruptcy Code Sections 363 and 365 and Related Cure Amounts, and (C) Granting Related Relief remains in full force and effect for all purposes.

8. This Court shall retain jurisdiction over all matters arising from or related to the implementation or interpretation of this Order.

Dated: ___12/14___, 2015
Wilmington, Delaware

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

RLF1 13512305v.1