# Exhibit D

## Expense Detail

**Guggenheim Securities March 2015 - Expense Run**

| Transaction Type | Transaction ID | Transaction Date | Spend Category | Amount | Currency | Vendor/Payee |
|---|---|---|---|---|---|---|
| Expense Report | 1064272 | 3/5/2015 | T&E Meals - Overtime | 24.68 | USD | DANTANNAS SURF & TURF |
| Expense Report | 1064272 | 3/6/2015 | T&E Meals - Overtime | 24.76 | USD | DEL FRISCOS #8706 |
| Expense Report | 1064272 | 3/7/2015 | T&E Meals - Overtime | 18.28 | USD | PRIME |
| Expense Report | 1064272 | 3/8/2015 | T&E Meals - Overtime | 5.39 | USD | CORNER BAKERY |
| Expense Report | 1064272 | 3/8/2015 | T&E Meals - Overtime | 9.8 | USD | CORNER BAKERY |
| Expense Report | 1064272 | 3/8/2015 | T&E Meals - Overtime | 23.68 | USD | DANTANNAS SURF & TURF |
| Expense Report | 1064272 | 3/9/2015 | T&E Meals - Overtime | 22.85 | USD | CALIFORNIA PIZZA 004 |
| Expense Report | 1064272 | 3/10/2015 | T&E Meals - Overtime | 23.68 | USD | HOUSTONS 404.237.7534 |
| Expense Report | 1064272 | 3/12/2015 | T&E Meals - Overtime | 20.36 | USD | DANTANNAS SURF & TURF |
| Expense Report | 1064473 | 3/13/2015 | T&E Airfare | -881.48 | USD | Delta |
| Expense Report | 1064473 | 3/13/2015 | T&E Airfare | 277.56 | USD | Delta |
| Expense Report | 1064189 | 3/13/2015 | T&E Other | 8 | USD | AGNT FEE  89006450198046 |
| Expense Report | 1064189 | 3/13/2015 | T&E Airfare | 861.48 | USD | Delta |
| Expense Report | 1064187 | 3/13/2015 | T&E Other | 8 | USD | AGNT FEE  89006449975575 |
| Expense Report | 1064187 | 3/13/2015 | T&E Airfare | 523.69 | USD | Delta |
| Expense Report | 1064122 | 3/13/2015 | T&E Other | 8 | USD | AGNT FEE  89006450263231 |
| Expense Report | 1064122 | 3/13/2015 | T&E Airfare | 881.48 | USD | Delta |
| Expense Report | 1064926 | 3/16/2015 | T&E Mileage | 24.15 | USD | Alexander C Fisch (Terminated) (6823) |
| Expense Report | 1064926 | 3/16/2015 | T&E Hotel | 22.4 | USD | Doubletree |
| Expense Report | 1064926 | 3/16/2015 | T&E Hotel | 224 | USD | Doubletree |
| Expense Report | 1064926 | 3/16/2015 | T&E Taxi/Car Service | 68.04 | USD | VTS PHILADELPHIA TAXI |
| Expense Report | 1064374 | 3/16/2015 | T&E Meals | 11.04 | USD | QDOBA #4 |
| Expense Report | 1064374 | 3/16/2015 | T&E Internet | 6.95 | USD | Doubletree |
| Expense Report | 1064374 | 3/16/2015 | T&E Hotel | 22.4 | USD | Doubletree |
| Expense Report | 1064374 | 3/16/2015 | T&E Hotel | 224 | USD | Doubletree |
| Expense Report | 1064374 | 3/16/2015 | T&E Meals | 6.54 | USD | COFFEE BEAN AND TEA |
| Expense Report | 1064374 | 3/16/2015 | T&E Meals | 21.95 | USD | GORDON BIERSCH #77 |
| Expense Report | 1064971 | 3/16/2015 | T&E Hotel | 22 | USD | Doubletree |
| Expense Report | 1064971 | 3/16/2015 | T&E Hotel | 224 | USD | Doubletree |
| Expense Report | 1064533 | 3/16/2015 | T&E Taxi/Car Service | 179 | USD | AMTRAK TEL0757301032459 |
| Expense Report | 1064272 | 3/16/2015 | T&E Meals - Overtime | 24.68 | USD | DANTANNAS SURF & TURF |
| Expense Report | 1068792 | 3/17/2015 | T&E Taxi/Car Service | 10 | USD | Checker Taxi |
| Expense Report | 1064926 | 3/17/2015 | T&E Hotel | 56.45 | USD | Grand Hyatt |
| Expense Report | 1064926 | 3/17/2015 | T&E Hotel | 359 | USD | Grand Hyatt |
| Expense Report | 1064926 | 3/17/2015 | T&E Taxi/Car Service | 179 | USD | AMTRAK   0769128073210 |
| Expense Report | 1064926 | 3/17/2015 | T&E Meals | 14 | USD | Doubletree |
| Expense Report | 1064374 | 3/17/2015 | T&E Taxi/Car Service | 179 | USD | AMTRAK   0769129066080 |
| Expense Report | 1064374 | 3/17/2015 | T&E Internet | 15 | USD | GOGOAIR.COM |
| Expense Report | 1064533 | 3/17/2015 | T&E Taxi/Car Service | 179 | USD | AMTRAK TEL0762165085056 |
| Expense Report | 1064533 | 3/17/2015 | T&E Other | 24 | USD | AGNT FEE  89006451512263 |
| Expense Report | 1064122 | 3/17/2015 | T&E Mileage | 28.75 | USD | James D Decker (6814) |
| Expense Report | 1064926 | 3/18/2015 | T&E Taxi/Car Service | 68.42 | USD | NYC-TAXI |
| Expense Report | 1064926 | 3/18/2015 | T&E Parking/Tolls | 44 | USD | MNAA-AIRPORT PARK |
| Expense Report | 1064926 | 3/18/2015 | T&E Meals | 10.83 | USD | LE PAIN QUOTIDIEN  QPS |
| Expense Report | 1064374 | 3/18/2015 | T&E Parking/Tolls | 68 | USD | ATL AIRPORT S HRLY EXP |
| Expense Report | 1064374 | 3/18/2015 | T&E Airfare | 50 | USD | Delta |
| Expense Report | 1064374 | 3/18/2015 | T&E Internet | 14.95 | USD | GOGOAIR.COM |
| Expense Report | 1064374 | 3/18/2015 | T&E Meals | 2 | USD | DOUBLE TREE WILMINGTON |
| Expense Report | 1064971 | 3/18/2015 | T&E Taxi/Car Service | 53.95 | USD | NY cab |
| Expense Report | 1064971 | 3/18/2015 | T&E Taxi/Car Service | 179 | USD | Amtrak |
| Expense Report | 1064971 | 3/18/2015 | T&E Meals | 5.89 | USD | Starbucks |
| Expense Report | 1064122 | 3/18/2015 | T&E Parking/Tolls | 60 | USD | Park ATL |
| Expense Report | 1064926 | 3/19/2015 | T&E Other | 8 | USD | AGNT FEE  89006452393935 |
| Expense Report | 1065541 | 3/21/2015 | T&E Meals - Overtime | 24.68 | USD | HOUSTONS 404.237.7534 |
| Expense Report | 1065541 | 3/23/2015 | T&E Meals - Overtime | 21.36 | USD | DANTANNAS SURF & TURF |
| Expense Report | 1065731 | 3/24/2015 | T&E Other | 8 | USD | AGNT FEE  89006454312440 |
| Expense Report | 1065731 | 3/24/2015 | T&E Airfare | 899.89 | USD | Delta |
| Expense Report | 1065541 | 3/24/2015 | T&E Other | 8 | USD | AGNT FEE  89006454331152 |
| Expense Report | 1065541 | 3/24/2015 | T&E Airfare | 1042.59 | USD | Delta |
| Expense Report | 1065499 | 3/24/2015 | T&E Other | 8 | USD | AGNT FEE  89006454312451 |
| Expense Report | 1065499 | 3/24/2015 | T&E Airfare | 899.89 | USD | Delta |
| Expense Report | 1065396 | 3/24/2015 | T&E Other | 8 | USD | AGNT FEE  89006454265886 |

**Guggenheim Securities March 2015 - Expense Run**

| Transaction Type | Transaction ID | Transaction Date | Spend Category | Amount | Currency | Vendor/Payee |
|---|---|---|---|---|---|---|
| Expense Report | 1065396 | 3/24/2015 | T&E Airfare | 899.89 | USD | Delta |
| Expense Report | 1067930 | 3/25/2015 | T&E Hotel | 41.22 | USD | Hyatt |
| Expense Report | 1067930 | 3/25/2015 | T&E Hotel | 229 | USD | Hyatt |
| Expense Report | 1067071 | 3/25/2015 | T&E Airfare | -4.81 | USD | Delta |
| Expense Report | 1065541 | 3/25/2015 | T&E Hotel | 41.22 | USD | Hyatt |
| Expense Report | 1065541 | 3/25/2015 | T&E Hotel | 229 | USD | Hyatt |
| Expense Report | 1065541 | 3/25/2015 | T&E Meals | 1.95 | USD | ALONTI CAFE & CATERING |
| Expense Report | 1065499 | 3/25/2015 | T&E Hotel | 41.22 | USD | Hyatt |
| Expense Report | 1065499 | 3/25/2015 | T&E Hotel | 229 | USD | Hyatt |
| Expense Report | 1065499 | 3/25/2015 | T&E Meals | 4.85 | USD | BUCKHEAD BOOKS - #302 |
| Expense Report | 1065499 | 3/25/2015 | T&E Other | 39 | USD | AGNT FEE  89006455001730 |
| Expense Report | 1065499 | 3/25/2015 | T&E Internet | 14.95 | USD | GOGOAIR.COM |
| Expense Report | 1065499 | 3/25/2015 | T&E Taxi/Car Service | 31.92 | USD | UBER |
| Expense Report | 1065396 | 3/25/2015 | T&E Parking/Tolls | 5.25 | USD | Harris County Toll Authority |
| Expense Report | 1065396 | 3/25/2015 | T&E Other | 39 | USD | AGNT FEE  89006455001730 |
| Expense Report | 1065396 | 3/25/2015 | T&E Mileage | 28.75 | USD | James D Decker (6814) |
| Expense Report | 1065396 | 3/25/2015 | T&E Meals | 160 | USD | Paparruchos Mexican |
| Expense Report | 1065396 | 3/25/2015 | T&E Meals | 52.26 | USD | Alonti Market Cafe |
| Expense Report | 1065396 | 3/25/2015 | T&E Hotel | 41.22 | USD | Hyatt |
| Expense Report | 1065396 | 3/25/2015 | T&E Hotel | 229 | USD | Hyatt |
| Expense Report | 1067930 | 3/26/2015 | T&E Parking/Tolls | 32 | USD | ATL AIRPORT N HRLY WES |
| Expense Report | 1065731 | 3/26/2015 | T&E Meals | 9.8 | USD | GULF COAST NEW22306625 |
| Expense Report | 1065731 | 3/26/2015 | T&E Meals | 24.57 | USD | ALONTI CAFE & CATERING |
| Expense Report | 1065541 | 3/26/2015 | T&E Parking/Tolls | 32 | USD | ATL AIRPORT S CONNECTO |
| Expense Report | 1065499 | 3/26/2015 | T&E Parking/Tolls | 3.5 | USD | Harris County Road Authority |
| Expense Report | 1065396 | 3/26/2015 | T&E Parking/Tolls | 30 | USD | Lanier Parking |
| Expense Report | 1065396 | 3/26/2015 | T&E Meals | 8.72 | USD | Starbucks |
| Expense Report | 1065396 | 3/26/2015 | T&E Parking/Tolls | 7 | USD | ABM Parking |
| Expense Report | 1065396 | 3/26/2015 | T&E Rental Car | 163.36 | USD | Hertz |
| Supplier Invoice | 10165400 | 3/27/2015 | T&E Taxi/Car Service | 2.5 | USD | ALEPH GLOBAL |
| Supplier Invoice | 10165399 | 3/27/2015 | T&E Taxi/Car Service | 25.97 | USD | VELOCITY LIMO INC |
| Expense Report | 1065731 | 3/27/2015 | T&E Taxi/Car Service | 49.18 | USD | UBER TECHNOLOGIES INC |
| Expense Report | 1065499 | 3/27/2015 | T&E Meals | 7.62 | USD | GULF COAST NEW22306625 |
| Expense Report | 1065499 | 3/27/2015 | T&E Meals | 41.2 | USD | DNC TRAVEL HOSPITA |
| Expense Report | 1065499 | 3/27/2015 | T&E Taxi/Car Service | 95.5 | USD | TAXIPASS HOUSTON KIOSK |
| Expense Report | 1065396 | 3/27/2015 | T&E Parking/Tolls | 90 | USD | Park ATL |
| Expense Report | 1065541 | 3/28/2015 | T&E Meals - Overtime | 20.36 | USD | DANTANNAS SURF & TURF |
| Expense Report | 1065700 | 3/29/2015 | T&E Meals - Overtime | 24.68 | USD | HOUSTONS 404.237.7534 |
| Expense Report | 1065700 | 3/29/2015 | T&E Meals - Overtime | 6.59 | USD | STARBUCKS #08600 ATLAN |
| Expense Report | 1065541 | 3/29/2015 | T&E Meals - Overtime | 20.36 | USD | DANTANNAS SURF & TURF |
| Expense Report | 1067276 | 3/30/2015 | T&E Meals - Overtime | 24.11 | USD | CALIFORNIA PIZZA 004 |
| Expense Report | 1067228 | 3/30/2015 | T&E Meals - Overtime | 24.11 | USD | CALIFORNIA PIZZA 004 |
| Expense Report | 1065499 | 3/30/2015 | T&E Taxi/Car Service | 61 | USD | A & M TRANSPORTATION |
| Expense Report | 1067228 | 3/31/2015 | T&E Meals - Overtime | 21.52 | USD | TRUE FOOD ATLANTA |

**Guggenheim Securities April 2015 - Expense Run**

| Transaction Type | Transaction ID | Transaction Date | Spend Category | Amount | Currency | Vendor/Payee |
|---|---|---|---|---|---|---|
| Expense Report | 1067121 | 4/1/2015 | T&E Other | 8 | USD | AGNT FEE  89006457437494 |
| Expense Report | 1067121 | 4/1/2015 | T&E Airfare | 1120.06 | USD | Delta |
| Expense Report | 1067276 | 4/1/2015 | T&E Meals - Overtime | 20.36 | USD | DANTANNAS SURF & TURF |
| Expense Report | 1067276 | 4/4/2015 | T&E Meals - Overtime | 14.11 | USD | CORNER BAKERY |
| Expense Report | 1067228 | 4/4/2015 | T&E Meals - Overtime | 21.52 | USD | TRUE FOOD ATLANTA |
| Expense Report | 1067071 | 4/4/2015 | T&E Other | 34 | USD | AGNT FEE  89006458844575 |
| Expense Report | 1067071 | 4/4/2015 | T&E Airfare | 1587.72 | USD | Delta |
| Expense Report | 1069312 | 4/6/2015 | T&E Hotel | 121.14 | USD | The Penn Club |
| Expense Report | 1069312 | 4/6/2015 | T&E Hotel | 750 | USD | The Penn Club |
| Expense Report | 1067121 | 4/6/2015 | T&E Parking/Tolls | 120 | USD | Park ATL |
| Expense Report | 1067121 | 4/6/2015 | T&E Taxi/Car Service | 90 | USD | NY Taxi |
| Expense Report | 1067121 | 4/6/2015 | T&E Mileage | 28.75 | USD | James D Decker (6814) |
| Expense Report | 1067228 | 4/7/2015 | T&E Meals - Overtime | 21.52 | USD | TRUE FOOD ATLANTA |
| Expense Report | 1067071 | 4/7/2015 | T&E Meals | 9.8 | USD | The Penn Club |
| Expense Report | 1067071 | 4/7/2015 | T&E Hotel | 102.86 | USD | The Penn Club |
| Expense Report | 1067071 | 4/7/2015 | T&E Hotel | 650 | USD | The Penn Club |
| Expense Report | 1067071 | 4/7/2015 | T&E Taxi/Car Service | 4.56 | USD | NYC-TAXI |
| Expense Report | 1067071 | 4/7/2015 | T&E Meals | 7.14 | USD | DNC TRAVEL - ATLAN |
| Expense Report | 1067071 | 4/7/2015 | T&E Internet | 19.95 | USD | GOGOAIR.COM |
| Expense Report | 1067071 | 4/7/2015 | T&E Taxi/Car Service | 85 | USD | UBER |
| Expense Report | 1069312 | 4/8/2015 | T&E Meals | 7.08 | USD | The Penn Club |
| Expense Report | 1067071 | 4/8/2015 | T&E Taxi/Car Service | 5.16 | USD | NYC TAXI-9C61 |
| Expense Report | 1067071 | 4/8/2015 | T&E Meals | 11.81 | USD | LE PAIN QUOTIDIEN  QPS |
| Expense Report | 1067071 | 4/8/2015 | T&E Taxi/Car Service | 10.55 | USD | NYC TAXI 7B79 |
| Expense Report | 1067121 | 4/9/2015 | T&E Taxi/Car Service | 50.19 | USD | NY Taxi cab |
| Expense Report | 1067121 | 4/9/2015 | T&E Taxi/Car Service | 80 | USD | ATL Taxi cab |
| Expense Report | 1067071 | 4/9/2015 | T&E Internet | 21.95 | USD | GOGOAIR.COM |
| Expense Report | 1067071 | 4/11/2015 | T&E Taxi/Car Service | 50.75 | USD | AGBONZE TRANSPORT AND |
| Expense Report | 1067930 | 4/13/2015 | T&E Parking/Tolls | 11.3 | USD | PLATEPASS HERTZ TOLLS |
| Expense Report | 1068008 | 4/14/2015 | T&E Meals | 144.39 | USD | Parc |
| Expense Report | 1067121 | 4/14/2015 | T&E Hotel | 32.4 | USD | Radisson Hotels |
| Expense Report | 1067121 | 4/14/2015 | T&E Hotel | 209 | USD | Radisson Hotels |
| Expense Report | 1067121 | 4/14/2015 | T&E Other | 24 | USD | AGNT FEE  89006462593996 |
| Expense Report | 1067121 | 4/14/2015 | T&E Airfare | 736.68 | USD | Delta |
| Expense Report | 1067121 | 4/14/2015 | T&E Taxi/Car Service | 35.95 | USD | Get a Cab |
| Expense Report | 1067121 | 4/14/2015 | T&E Taxi/Car Service | 8.77 | USD | Get a Cab |
| Expense Report | 1067071 | 4/14/2015 | T&E Hotel | 32.4 | USD | Radisson Hotels |
| Expense Report | 1067071 | 4/14/2015 | T&E Hotel | 209 | USD | Radisson Hotels |
| Expense Report | 1067071 | 4/14/2015 | T&E Other | 24 | USD | AGNT FEE  89006462677156 |
| Expense Report | 1067071 | 4/14/2015 | T&E Airfare | 736.68 | USD | Delta |
| Expense Report | 1067071 | 4/14/2015 | T&E Internet | 14.95 | USD | GOGOAIR.COM |
| Expense Report | 1068318 | 4/15/2015 | T&E Airfare | 200 | USD | Delta |
| Expense Report | 1067121 | 4/15/2015 | T&E Other | 39 | USD | AGNT FEE  89006463102336 |
| Expense Report | 1067121 | 4/15/2015 | T&E Parking/Tolls | 36 | USD | Park ATL |
| Expense Report | 1067121 | 4/15/2015 | T&E Mileage | 28.75 | USD | James D Decker (6814) |
| Expense Report | 1067071 | 4/15/2015 | T&E Parking/Tolls | 68 | USD | ATL AIRPORT S HRLY EXP |
| Expense Report | 1067071 | 4/15/2015 | T&E Other | 39 | USD | AGNT FEE  89006463102340 |
| Expense Report | 1067071 | 4/15/2015 | T&E Internet | 14.95 | USD | GOGOAIR.COM |
| Expense Report | 1067071 | 4/16/2015 | T&E Taxi/Car Service | 122 | USD | UBER TECHNOLOGIES INC |
| Expense Report | 1067071 | 4/16/2015 | T&E Taxi/Car Service | 91 | USD | UBER TECHNOLOGIES INC |

**Guggenheim Securities May 2015 - Expense Run**

| Transaction Type | Transaction ID | Transaction Date | Spend Category | Amount | Currency | Vendor/Payee |
|---|---|---|---|---|---|---|
| Expense Report | 1068874 | 5/1/2015 | T&E Airfare | $779.87 | USD | Delta |
| Expense Report | 1068624 | 5/1/2015 | T&E Airfare | 895.08 | USD | Delta |
| Expense Report | 1068874 | 5/1/2015 | T&E Other | 8.00 | USD | AGNT FEE  89006469863990 |
| Expense Report | 1068874 | 5/1/2015 | T&E Other | 8.00 | USD | AGNT FEE  89006469918100 |
| Expense Report | 1068874 | 5/1/2015 | T&E Other | 50.00 | USD | AGNT FEE  89006469902464 |
| Expense Report | 1068624 | 5/1/2015 | T&E Other | 50.00 | USD | AGNT FEE  89006469902453 |
| Expense Report | 1068874 | 5/1/2015 | T&E Other | 8.00 | USD | AGNT FEE  89006469863765 |
| Expense Report | 1068624 | 5/1/2015 | T&E Other | 8.00 | USD | AGNT FEE  89006469997745 |
| Expense Report | 1068874 | 5/4/2015 | T&E Hotel | 40.63 | USD | Marriott |
| Expense Report | 1068874 | 5/4/2015 | T&E Hotel | 239.00 | USD | Marriott |
| Expense Report | 1068624 | 5/4/2015 | T&E Hotel | 40.63 | USD | Marriott |
| Expense Report | 1068624 | 5/4/2015 | T&E Hotel | 239.00 | USD | Marriott |
| Expense Report | 1068874 | 5/4/2015 | T&E Internet | 15.95 | USD | GOGOAIR.COM |
| Expense Report | 1068624 | 5/4/2015 | T&E Meals | 4.06 | USD | Starbucks |
| Expense Report | 1068624 | 5/4/2015 | T&E Meals | 14.21 | USD | ATL Today |
| Expense Report | 1068874 | 5/4/2015 | T&E Taxi/Car Servic | 90.00 | USD | YELLOW CAB COMPANY |
| Expense Report | 1068874 | 5/4/2015 | T&E Taxi/Car Servic | 22.01 | USD | UBER |
| Expense Report | 1068874 | 5/5/2015 | T&E Internet | 16.18 | USD | GOGOAIR.COM |
| Expense Report | 1068874 | 5/5/2015 | T&E Meals | 6.18 | USD | GULF COAST NEW22306625 |
| Expense Report | 1068874 | 5/5/2015 | T&E Meals | 8.13 | USD | STARBUCKS TERM12261608 |
| Expense Report | 1068624 | 5/5/2015 | T&E Meals | 5.76 | USD | Starbucks |
| Expense Report | 1068624 | 5/5/2015 | T&E Mileage | 28.75 | USD | James D Decker (6814) |
| Expense Report | 1068874 | 5/5/2015 | T&E Parking/Tolls | 68.00 | USD | ATL AIRPORT S HRLY EXP |
| Expense Report | 1068624 | 5/5/2015 | T&E Parking/Tolls | 39.00 | USD | Park ATL |
| Expense Report | 1068624 | 5/5/2015 | T&E Taxi/Car Servic | 119.00 | USD | UBER |
| Expense Report | 1068874 | 5/6/2015 | T&E Meals | 4.49 | USD | MARRIOTT 337A1 HOU AP |
| Expense Report | 1068874 | 5/7/2015 | T&E Internet | 17.27 | USD | Marriott |
| Expense Report | 1070073 | 5/18/2015 | T&E Internet | 10.00 | USD | GOGOAIR.COM |

**Guggenheim Securities July 2015 - Expense Run**

| Transaction Type | Transaction Date | Spend Category | Amount | Vendor/Payee | Expense Item |
|---|---|---|---|---|---|
| Credit | 3/1/2015 - 3/23/2015 | T&E Pre-March 23rd Expense Reimbursement Reduction | ($139.16) | Various | Various |
| Credit | 3/23/2015 - 6/30/2015 | T&E March 23rd - June 30th Expense Reimbursement Reduction | (169.34) | Various | Various |
| T&E Meals - Overtime | 6/17/2015 | T&E Meals - Overtime | 20.00 | DANTANNAS SURF & TURF | Meals - Overtime |
| T&E Airfare | 7/21/2015 | T&E Airfare | 953.64 | Delta | Airfare - External |
| T&E Other | 7/21/2015 | T&E Other | 8.00 | AGNT FEE | Travel Agency Fees |
| T&E Airfare | 7/22/2015 | T&E Airfare | 50.00 | Delta | Airline Fees |
| T&E Hotel | 7/22/2015 | T&E Hotel | 106.61 | Hyatt Place | Taxes (Hotel/Lodging) - External |
| T&E Hotel | 7/22/2015 | T&E Hotel | 699.00 | Hyatt Place | Room Rate - External |
| T&E Meals | 7/22/2015 | T&E Meals | 22.25 | JACKS RESTAURANT | Meals - External |
| T&E Meals | 7/22/2015 | T&E Meals | 7.59 | DNC TRAVEL - ATLAN | Meals - External |
| T&E Other | 7/22/2015 | T&E Other | 39.00 | AGNT FEE | Travel Agency Fees |
| T&E Other | 7/22/2015 | T&E Other | 39.00 | AGNT FEE | Travel Agency Fees |
| T&E Other | 7/22/2015 | T&E Other | 50.00 | AGNT FEE | Travel Agency Fees |
| T&E Taxi/Car Service | 7/22/2015 | T&E Taxi/Car Service | 57.41 | TAXI AP | Taxi/Car Service - External |
| T&E Taxi/Car Service | 7/22/2015 | T&E Taxi/Car Service | 6.96 | TAXI AP | Taxi/Car Service - External |
| T&E Meals | 7/23/2015 | T&E Meals | 50.00 | ARRIBA ARRIBA MEXICAN | Meals - External |
| T&E Other | 7/23/2015 | T&E Other | 50.00 | AGNT FEE | Travel Agency Fees |
| T&E Parking/Tolls | 7/23/2015 | T&E Parking/Tolls | 68.00 | ATL AIRPORT | Parking/Tolls - External |
| T&E Taxi/Car Service | 7/23/2015 | T&E Taxi/Car Service | 48.36 | TAXI AP | Taxi/Car Service - External |
| T&E Taxi/Car Service | 7/23/2015 | T&E Taxi/Car Service | 13.65 | UBER | Taxi/Car Service - External |
| T&E Meals | 7/24/2015 | T&E Meals | 4.36 | LAGUARDIA | Meals - External |
| **Total** | | | **$1,985.33** | | |

**Guggenheim Securities August 2015 - Expense Run**

| Transaction Type | Transaction Date | Spend Category | Amount | Vendor/Payee | Expense Item |
|---|---|---|---|---|---|
| Supplier Invoice | 7/7/2015 | Research Data | $121.20 | PACER Service Center | Docket |
| Expense Report | 7/22/2015 | T&E Airfare | 575.41 | Delta | Airfare - External |
| Expense Report | 7/21/2015 | T&E Hotel | 43.32 | The Penn Club | Taxes (Hotel/Lodging) - External |
| Expense Report | 7/21/2015 | T&E Hotel | 270.00 | The Penn Club | Room Rate - External |
| **Total** | | | **$1,009.93** | | |



**SIDLEY AUSTIN** LLP
ONE SOUTH DEARBORN
CHICAGO, IL  60603
(312) 853 7000
(312) 853 7036 FAX

| BEIJING | HONG KONG | SAN FRANCISCO |
|---|---|---|
| BOSTON | HOUSTON | SHANGHAI |
| BRUSSELS | LONDON | SINGAPORE |
| CHICAGO | LOS ANGELES | SYDNEY |
| DALLAS | NEW YORK | TOKYO |
| GENEVA | PALO ALTO | WASHINGTON, D.C. |

**FOUNDED 1866**

FEDERAL ID 36-4474078

May 31, 2015

330 Madison Avenue
New York, NY 10017

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 35027882
Client Matter 19932-30750

For professional services rendered through April 30, 2015 in connection
with Cal Dive International, Inc.

Fees                                                                                $17,675.00


**Total Due This Bill**                                                   **$17,675.00**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN** LLP

Invoice Number:  35027882

Cal Dive International, Inc.

### T I M E   S U M M A R Y

| Name | Hours | Rate | Amount |
|------|------:|------:|-------:|
| TA Labuda | 15.50 | $895.00 | $13,872.50 |
| ME Linder | 6.50 | 585.00 | 3,802.50 |
| **Total Hours and Fees** | **22.00** | | **$17,675.00** |

SIDLEY AUSTIN LLP

Invoice Number: 35027882

Cal Dive International, Inc.

TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 03/23/15 | TA Labuda | Call from and emails with A. Fisch re Cal Dive engagement terms. | .30 |
| 03/25/15 | TA Labuda | Emails with A. Fisch re Cal Dive engagement letter and related issues (.1); confer with M. Henkin re same (.2). | .30 |
| 03/26/15 | TA Labuda | Emails with A. Fisch re Cal Dive engagement letter. | .20 |
| 03/27/15 | TA Labuda | Confer with A. Fisch re Cal Dive engagement letter (.2); work on same (1.1); emails with A. Fisch re same (.1); confer with A. Fisch re debtor obligations under engagement letter (.1); emails with A. Sheers re engagement letter revisions (.1). | 1.60 |
| 04/01/15 | TA Labuda | Emails with A. Fisch re EL and draft retention documents (.1); work on retention documents (.6). | .70 |
| 04/02/15 | TA Labuda | Emails with A. Fisch and J. Weissglass re declaration schedules (.2); emails with A. Fisch re draft retention documents (.1); review Akin EL comments (.3); email to client team re same (.2); email from M. Henkin re same (.1). | .80 |
| 04/02/15 | ME Linder | Communications with T. Labuda re parties in interest (.4); review and comment on Decker declaration language (.6). | 1.00 |
| 04/03/15 | TA Labuda | Work on Decker declaration (.2); emails with M. Linder and client re same (.1); emails with J. Weissglass and M. Henkin re response to Akin EL comments (.1); emails with A. Fisch re draft retention application (.1); emails with client re Decker declaration (.1); email to K. Eide re draft retention documents (.1); work on schedules to Decker declaration (.3); emails and conference with M. Linder re same (.2). | 1.20 |
| 04/03/15 | ME Linder | Revise Decker declaration and e-mail to A. Fisch and J. Weissglass re same (.2); revise Decker declaration (1.3). | 1.50 |
| 04/04/15 | TA Labuda | Emails with J. Weissglass, M. Henkin and J. Decker re response to EL comments (.3); revise EL (.7); emails with A. Sheers re same (.3); revise EL (.2); emails with team re same (.3); email to Akin re same (.1). | 1.90 |
| 04/05/15 | TA Labuda | Work on declaration schedules. | .20 |
| 04/05/15 | ME Linder | Revise Decker declaration and e-mail to T. Labuda re same. | .30 |
| 04/06/15 | TA Labuda | Work on Decker declaration (.3); emails with client re same (.2); emails with A. Fisch and K. Eide re EL (.1). | .60 |
| 04/06/15 | ME Linder | Communications with T. Labuda re retention issues (.4); review and revise Decker declaration (.4); e-mail to Akin re retention papers (.2). | 1.00 |

**SIDLEY AUSTIN** LLP

Invoice Number: 35027882

Cal Dive International, Inc.

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 04/07/15 | TA Labuda | Review Akin comments on retention documents (.1); emails with M. Linder re same (.1); emails with A. Fisch re same (.1). | .30 |
| 04/07/15 | ME Linder | Review Akin comments to retention application and e-mails with T. Labuda re same | .30 |
| 04/08/15 | TA Labuda | Emails with Akin re retention application filings (.1); emails with client re same (.1). | .20 |
| 04/08/15 | ME Linder | E-mails with T. Labuda and Akin re timing. | .30 |
| 04/10/15 | TA Labuda | Emails with J. Weissglass re retention declaration schedules. | .10 |
| 04/14/15 | TA Labuda | Emails with client re additional declaration additions (.1); confer with M. Linder re same (.1). | .20 |
| 04/15/15 | TA Labuda | Review revised declaration (.2); emails and conferences with M. Linder re same (.1). | .30 |
| 04/15/15 | ME Linder | Revise Decker declaration and related schedules (.4); e-mails with client and Akin re same (.3); communications with T. Labuda re same (.3). | 1.00 |
| 04/16/15 | TA Labuda | Emails with Akin and M. Linder re retention application filing. | .20 |
| 04/16/15 | ME Linder | Communications with J. Weissglass, T. Labuda and Akin re executed engagement letter. | .20 |
| 04/20/15 | TA Labuda | Emails with J. Weissglass re proposed order revisions (.1); revise retention order per DIP lender discussions (.5); emails with J. Weissglass and M. Henkin re same (.1); revise retention order (.3). | 1.00 |
| 04/20/15 | ME Linder | Communications with T. Labuda re proposed retention order (.1); prepare revised proposed retention order and e-mail to T. Labuda re same (.1); review e-mails re revised engagement letter (.3). | .50 |
| 04/22/15 | TA Labuda | Emails with J. Weissglass re revised retention order (.1); email to same re requested objection deadline extension (.1). | .20 |
| 04/23/15 | TA Labuda | Emails with J. Weissglass re objection deadline extension (.1); email with M. Henkin re same (.1); emails and conference with A. Parlen re response to Guggenheim retention application (.3); emails with K. Eide re extension requests (.1); emails with M. Lahaie re potential objections (.1); emails with J. Decker re Akin retention discussion (.1). | .80 |
| 04/23/15 | ME Linder | Telephone call with T. Labuda and review correspondence from J. Decker and T. Labuda re case status. | .10 |
| 04/24/15 | TA Labuda | Call with M. Henkin and J. Decker re response to OMM comments re retention (.3); emails with A. Parlen re extension request (.1). | .40 |

SIDLEY AUSTIN LLP

Invoice Number:  35027882


Cal Dive International, Inc.

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 04/27/15 | TA Labuda | Email from M. Henkin re UST comments (.1); emails with A. Parlen re objection deadline extension (.1); email with M. Henkin re same and DIP lender response (.1); email from K. Eide re UST comments (.1); review and comment on same (.2); emails with N. Henkin and J. Wiessglass re same (.2); email to K. Eide re same (.1); emails with J. Decker and M. Henkin re DIP lender discussions (.1). | 1.00 |
| 04/27/15 | ME Linder | Review e-mails from M. Henkin, J. Weissglass and T. Labuda re U.S. Trustee comments. | .30 |
| 04/28/15 | TA Labuda | Emails with M. Henkin re OMM outreach (.1); emails with K. Eide re response to UST comments (.1); email from J. Weissglass re NDA comments (.1); review same and comment on same (.3); emails with J. Wessglass re same (.1); revise retention order (.3); email to K. Eide re same (.1); email to B. Hackman re same (.1); email to client re same (.1); emails with J. Weissglass re NDA issues (.1); emails with M. Henkin re retention order (.1). | 1.50 |
| 04/29/15 | TA Labuda | Email from K. Eide re DIP lender request (.1); call to G. Siegel re same (.1); conference call with R. Mauceri re same (.2); confer with M. Henkin re same and Cal Dive negotiations (.2); call to S. Uhland (.1); confer with J. Decker re Cal Dive negotiations (.2); call from K. Eide re response to UST comments (.1); emails with M. Henkin re same (.1); emails with R. Mauceri re objection deadline (.1). | 1.20 |
| 04/30/15 | TA Labuda | Emails with B. Hackman re Guggenheim retention order (.1); emails with client and Akin re same (.1); emails with J. Decker re OMM outreach (.1). | .30 |

**Total Hours**    **22.00**

**SIDLEY AUSTIN** LLP
ONE SOUTH DEARBORN
CHICAGO, IL  60603
(312) 853 7000
(312) 853 7036 FAX

BEIJING

BOSTON

BRUSSELS

CENTURY CITY

CHICAGO

DALLAS

GENEVA

HONG KONG

HOUSTON

LONDON

LOS ANGELES

NEW YORK

PALO ALTO

SAN FRANCISCO

SHANGHAI

SINGAPORE

SYDNEY

TOKYO

WASHINGTON, D.C.

**FOUNDED 1866**

FEDERAL ID 36-4474078

June 17, 2015

330 Madison Avenue
New York, NY 10017

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 35031606
Client Matter 19932-30750

For professional services rendered through May 31, 2015 in connection
with Cal Dive International, Inc.

Fees                                                                                    $11,263.00

**Total Due This Bill**                                                          **$11,263.00**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN** LLP

Invoice Number:  35031606

Cal Dive International, Inc.

### T I M E  S U M M A R Y

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| TA Labuda | 11.80 | $895.00 | $10,561.00 |
| ME Linder | 1.20 | 585.00 | 702.00 |
| **Total Hours and Fees** | **13.00** | | **$11,263.00** |

**SIDLEY AUSTIN** LLP

Invoice Number:  35031606

Cal Dive International, Inc.

T I M E   D E T A I L

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 05/01/15 | TA Labuda | Cal Dive Emails with A. Parlen re retention issues (.1); conference call with same and G. Davis re same (.5); emails with client re same (.1); conference call with client re same (.3). | 1.00 |
| 05/04/15 | TA Labuda | Emails with J. Decker and M. Lahaie re retention negotiations (.1); retention negotiations with A. Parlen (.4); emails with client re same (.3); emails with J. Decker re Carl Marks discussions (.1); email from J. Weissglass re Committee by-laws and related confidentiality issues (.1). | 1.00 |
| 05/05/15 | TA Labuda | Emails with J. Decker re Carl Marks dialogue (.1); review A. Parlen email re retention objection and proposal (.2); review cases/orders cited by A. Parlen re same (.4); emails with client re same (.2); emails with M. Lahie re same (.1); conference call with client re OMM proposal and possible responses (.4). | 1.40 |
| 05/06/15 | TA Labuda | Emails with client team re response to objections and committee call (.1); conference with M. Lahie re response to objections (.2); conference with and emails with K. Eide re same (.2); call and email to Morgan Lewis re proposed modification of comp (.2); conference call with client team re response to objections (.3). | 1.00 |
| 05/07/15 | TA Labuda | Email and conference calls with M. Henkin re Summit call/position (.2); review objections to retention application (.4); emails with J. Weissglass re same (.1). | .70 |
| 05/08/15 | TA Labuda | Call from J. Decker re response to objection (.2); emails with M. Henkin and J. Decker re same (.2); emails with Akin re same (.1). | .50 |
| 05/09/15 | TA Labuda | Emails with client and Akin re response to retention objections. | .10 |
| 05/11/15 | TA Labuda | Emails with client re response to objections (.1); conference call with Akin team re same (.4). | .50 |
| 05/12/15 | TA Labuda | Emails with M. Henkin re OMM negotiations and related strategy (.1); call from M. Henkin re same (.1). | .20 |
| 05/13/15 | TA Labuda | Conference call with M. Henkin and OMM re retention issues (.4); emails with Akin re same (.1). | .50 |
| 05/18/15 | TA Labuda | Work on revised version of retention order (.5); emails with client re same (.2); revise order (.2); emails with Akin re revised order (.2); email to OMM re same (.1). | 1.20 |
| 05/19/15 | TA Labuda | Emails with J. Decker re OMM update (.1); conference/negotiations with A. Parlen (.2); call from M. | .40 |

SIDLEY AUSTIN LLP

Invoice Number: 35031606

Cal Dive International, Inc.

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | Henkin re same (.1). | |
| 05/20/15 | TA Labuda | Review proposed order from OMM (.1); email to A. Parlen re same (.1); emails with M. Lahaie re same (.1); conference with A. Parlen re same (.1); conference with M. Henkin re same (.2); emails with M. Henkin re UST objection to CM (.1); emails with J. Weissglass re retention order status (.1); emails with M. Lahaie re retention negotiations with OMM (.1); emails with K. Eide re reply brief deadline extension (.1). | 1.10 |
| 05/21/15 | TA Labuda | Emails with M. Lahaie re retention negotiations with OMM (.1); emails with R. Mauceri and E. Fenna re same (.1); emails with J. Decker re same (.1); emails with A. Parlen re same (.1); finalize retention order for submission (.2); emails with K. Eide re same (.1). | .70 |
| 05/22/15 | TA Labuda | Emails with K. Eide re final retention order (.1); email to B. Hackman re same (.1). | .20 |
| 05/24/15 | TA Labuda | Emails with M. Lahaie and J. Decker re Kirkland comments on revised order. | .20 |
| 05/26/15 | TA Labuda | Prepare for retention hearing (.7); confer with J. Decker and J. Weissglass re same (.2); emails with J. Decker re approval of same (.1). | 1.00 |
| 05/27/15 | ME Linder | Communications with J. Weissglass and T. Labuda re first interim fee application | .30 |
| 05/30/15 | TA Labuda | Emails with M. Linder re interim fee procedures. | .10 |
| 05/30/15 | ME Linder | E-mails with J. Weissglass and T. Labuda re first monthly fee application (.2); review interim compensation order and Guggenheim engagement letter (.2); draft first monthly fee application (.5) | .90 |
| | | **Total Hours** | **13.00** |



**SIDLEY AUSTIN** LLP
ONE SOUTH DEARBORN
CHICAGO, IL 60603
(312) 853 7000
(312) 853 7036 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SHANGHAI |
| BOSTON | HOUSTON | SINGAPORE |
| BRUSSELS | LONDON | SYDNEY |
| CENTURY CITY | LOS ANGELES | TOKYO |
| CHICAGO | NEW YORK | WASHINGTON, D.C. |
| DALLAS | PALO ALTO | |
| GENEVA | SAN FRANCISCO | |

FOUNDED 1866

July 21, 2015

FEDERAL ID 36-4474078

330 Madison Avenue
New York, NY 10017

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 35038594
Client Matter 19932-30750

For professional services rendered through June 30, 2015 connection with
Cal Dive International, Inc.

Fees                                                                $4,419.00

Expenses                                                              17.12

**Total Due This Bill**                                          **$4,436.12**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: 5519624
ABA Number: 071000013
Swift Code: CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN** LLP

Invoice Number: 35038594

Cal Dive International, Inc.

### T I M E  S U M M A R Y

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| TA Labuda | 1.80 | $895.00 | $1,611.00 |
| ME Linder | 4.80 | 585.00 | 2,808.00 |
| **Total Hours and Fees** | **6.60** | | **$4,419.00** |

### E X P E N S E  S U M M A R Y

| Category/Description | Amount |
|----------------------|-------:|
| Telephone Tolls | $17.12 |
| **Total** | **$17.12** |

**SIDLEY AUSTIN** LLP

Invoice Number: 35038594

Cal Dive International, Inc.

TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 06/01/15 | TA Labuda | Emails with M. Linder re first monthly fee statement (.1); review same (.2). | .30 |
| 06/01/15 | ME Linder | Draft first consolidated monthly fee application and communications with client and T. Labuda re same | 1.60 |
| 06/02/15 | TA Labuda | Emails with M. Linder and client re fee statement filing and related issues. | .20 |
| 06/02/15 | ME Linder | Revise first monthly fee application and e-mail to client re same | 1.00 |
| 06/03/15 | ME Linder | Finalize first monthly fee application and e-mails with Akin re same | .60 |
| 06/04/15 | TA Labuda | Emails with M. Linder re fee statement filings. | .20 |
| 06/16/15 | ME Linder | E-mails with client re May 2015 expenses | .10 |
| 06/17/15 | TA Labuda | Emails with client re monthly fee statement submission. | .10 |
| 06/17/15 | ME Linder | Revise and finalize second monthly fee application for filing (.6); e-mails with client re same (.2) | .80 |
| 06/18/15 | ME Linder | Revise second monthly fee application and e-mails with client re same | .20 |
| 06/22/15 | ME Linder | E-mails with client and Akin re monthly fee application | .20 |
| 06/24/15 | ME Linder | E-mails with Akin re CNO for first monthly fee application | .10 |
| 06/25/15 | ME Linder | E-mails with Akin re CNO (.1); review CNO (.1) | .20 |
| 06/29/15 | TA Labuda | Call from J. Decker and J. Weissglass re fee objections and related DIP financing issues (.3); review DIP financing order and agreement re same (.5); emails with client re same (.1). | .90 |
| 06/30/15 | TA Labuda | Emails with J. Decker and J. Weissglass re fee objections. | .10 |
| | | **Total Hours** | **6.60** |



SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN
CHICAGO, IL  60603
(312) 853 7000
(312) 853 7036 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SHANGHAI |
| BOSTON | HOUSTON | SINGAPORE |
| BRUSSELS | LONDON | SYDNEY |
| CENTURY CITY | LOS ANGELES | TOKYO |
| CHICAGO | NEW YORK | WASHINGTON, D.C. |
| DALLAS | PALO ALTO | |
| GENEVA | SAN FRANCISCO | |

FOUNDED 1866

FEDERAL ID 36-4474078

August 18, 2015

330 Madison Avenue
New York, NY 10017

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 35045156
Client Matter 19932-30750

RE: Cal Dive International, Inc.

For professional services rendered through July 31, 2015 as shown on
the attached exhibits:

| | |
|---|---|
| Fees | $3,865.50 |
| Expenses | 4.10 |
| **Total Due This Bill** | **$3,869.60** |

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN** LLP

Invoice Number: 35045156

RE: Cal Dive International, Inc.

## TIME SUMMARY

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| TA Labuda | 3.60 | $895.00 | $3,222.00 |
| ME Linder | 1.10 | 585.00 | 643.50 |
| **Totals** | **4.70** | | **$3,865.50** |

## EXPENSE SUMMARY

| Category/Description | Amount |
|---|---|
| Search Services | $4.10 |
| **Total** | **$4.10** |

**SIDLEY AUSTIN** LLP

Invoice Number:  35045156

RE: Cal Dive International, Inc.

## TIME DETAIL

| Date | Name | Hours | Narrative | Value |
|------|------|-------|-----------|-------|
| 07/01/15 | TA Labuda | .10 | Emails with J. Weissglass re fee statements. | $89.50 |
| 07/02/15 | TA Labuda | .10 | Emails with J. Weissglass re fee statements. | 89.50 |
| 07/06/15 | TA Labuda | .10 | Email from J. Weissglass re payment on monthly fee statement. | 89.50 |
| 07/08/15 | TA Labuda | .40 | Emails with J. Weissglass and J. Decker re fee auditor procedures and logistics (.2); review same (.2). | 358.00 |
| 07/09/15 | TA Labuda | .10 | Emails with J. Weissglass re fee auditor inquiries and logistics. | 89.50 |
| 07/13/15 | TA Labuda | .10 | Emails with L. Lifland re draft interim fee application. | 89.50 |
| 07/14/15 | TA Labuda | .50 | Emails with L. Lifland and M. Linder re quarterly fee application (.3); conference with J. Weissglass re fee statements (.2). | 447.50 |
| 07/14/15 | ME Linder | .70 | Communications with client, T. Labuda and Akin re interim fee application (.6); revise same (.1) | 409.50 |
| 07/15/15 | TA Labuda | .30 | Emails with J. Weissglass and M. Linder re fee statements and expense adjustments. | 268.50 |
| 07/15/15 | ME Linder | .40 | Revise interim fee application and e-mails with client, T. Labuda and Akin re same | 234.00 |
| 07/17/15 | TA Labuda | .10 | Emails with J. Weissglass re expense reconciliation mechanics. | 89.50 |
| 07/21/15 | TA Labuda | .60 | Emails with M. Stephens re third monthly fee application (.1); review same (.4); emails with J. Weissglass re same (.1); emails with Akin re same (.1). | 537.00 |
| 07/28/15 | TA Labuda | .90 | Conference with J. Decker and J. Weissglass re case status, potential transactions and related engagement issues (.8); review engagement letter and retention order re same (.1). | 805.50 |
| 07/30/15 | TA Labuda | .30 | Emails from Akin re UST comments on interim fee applications (.1); review and work on response to same (.2). | 268.50 |
| **Totals** | | **4.70** | | **$3,865.50** |

**SIDLEY AUSTIN** LLP

Invoice Number:  35045156

RE: Cal Dive International, Inc.

## EXPENSE DETAIL

| Date | Type | Description | Amount |
|------|------|-------------|--------|
| 07/14/15 | SRC | 05/22/15-PACER DEBK | $4.10 |
| | | **Total Expenses** | **$4.10** |



**SIDLEY AUSTIN** LLP
ONE SOUTH DEARBORN
CHICAGO, IL  60603
(312) 853 7000
(312) 853 7036 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SHANGHAI |
| BOSTON | HOUSTON | SINGAPORE |
| BRUSSELS | LONDON | SYDNEY |
| CENTURY CITY | LOS ANGELES | TOKYO |
| CHICAGO | NEW YORK | WASHINGTON, D.C. |
| DALLAS | PALO ALTO | |
| GENEVA | SAN FRANCISCO | |

**FOUNDED 1866**

FEDERAL ID 36-4474078

September 25, 2015

330 Madison Avenue
New York, NY 10017

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 35051945
Client Matter 19932-30750

For professional services rendered through August  31, 2015 connection
with Cal Dive International, Inc.

| | |
|---|---|
| Fees | $7,280.00 |
| Expenses | 44.00 |
| **Total Due This Bill** | **$7,324.00** |

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

**SIDLEY AUSTIN** LLP

Invoice Number:  35051945


Cal Dive International, Inc.

### T I M E  S U M M A R Y

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| TA Labuda | 6.50 | $895.00 | $5,817.50 |
| ME Linder | 2.50 | 585.00 | 1,462.50 |
| **Total Hours and Fees** | **9.00** | | **$7,280.00** |


### E X P E N S E  S U M M A R Y

| Category/Description | Amount |
|----------------------|-------:|
| Telephone Tolls | $44.00 |
| **Total** | **$44.00** |

**SIDLEY AUSTIN** LLP

Invoice Number:  35051945

Cal Dive International, Inc.

### T I M E   D E T A I L

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 08/03/15 | TA Labuda | Emails with M. Linder re Company compliance with interim compensation order. | .10 |
| 08/03/15 | ME Linder | E-mails with J. Weissglass and T. Labuda re payment of May fee application (.2); review status of interim fee application and objection and filing deadlines (.2); e-mails with J. Weissglass and T. Labuda re invoices (.2) | .60 |
| 08/04/15 | TA Labuda | Emails with Akin re UST comments on interim fee application (.1); emails with J. Weissglass re same (.1); prepare response to same (.6); emails and calls with B. Hackman re same (..3); review fee auditor report (.2); emails with J. Decker and J. Weissglass re same (.1). | 1.40 |
| 08/04/15 | ME Linder | Review e-mails from client, T. Labuda, U.S. Trustee and Akin re interim fee application | .40 |
| 08/05/15 | TA Labuda | Email from J. Decker re termination issues (.1); conference call with J. Decker re same (.3). | .40 |
| 08/06/15 | TA Labuda | Review data/amounts for response to fee auditor (.3); review engagement letter and draft termination letter (.5); emails to client re fee auditor response (.1); email to J. Decker re termination letter/language (.1). | 1.00 |
| 08/07/15 | TA Labuda | Email form J. Decker re termination letter (.1); review same (.1). | .20 |
| 08/10/15 | TA Labuda | Review BofA fee objection (.1); emails with J. Weissglass and J. Decker re same (.1). | .20 |
| 08/11/15 | TA Labuda | Cal Dive Review debtor reservation of rights re Committee professional fees. | .20 |
| 08/12/15 | TA Labuda | Emails with J. Weissglass re fee statements and objection deadlines. | .10 |
| 08/13/15 | TA Labuda | Review D. Klauder email and comments on fee statement expenses (.1); emails with J. Weissglass and J. Decker re same (.1); emails with J. Weissglass re fee filings, objection deadlines and payments (.1). | .30 |
| 08/13/15 | ME Linder | Communications with T. Labuda re fee hearing (.1); e-mails with client and Akin re CNO (.2) | .30 |
| 08/17/15 | TA Labuda | Emails with J. Weissglass re payments on fee statements (.1); prepare for fee hearing (.2). | .30 |
| 08/18/15 | ME Linder | E-mails with client and T. Labuda re July fees and expenses (.2); e-mails with client re July fee application (.1) | .30 |

**SIDLEY AUSTIN** LLP

Invoice Number:  35051945

Cal Dive International, Inc.

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 08/19/15 | TA Labuda | Email from K. Eide re interim fee order (.1); review same (.1); emails with client re same (.1); prepare for interim fee hearing (.5); emails with J. Weissglass re same (.1). | .90 |
| 08/20/15 | TA Labuda | Attend interim fee hearing (1.3); email to client re same (.1). | 1.40 |
| 08/20/15 | ME Linder | Revise Cal Dive fourth monthly fee statement and e-mails with client and Akin re same (.7); telephone call with T. Labuda re termination of engagement and impact on fee applications (.2) | .90 |
| | | **Total Hours** | **9.00** |



**SIDLEY AUSTIN LLP**
ONE SOUTH DEARBORN
CHICAGO, IL  60603
(312) 853 7000
(312) 853 7036 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SHANGHAI |
| BOSTON | HOUSTON | SINGAPORE |
| BRUSSELS | LONDON | SYDNEY |
| CENTURY CITY | LOS ANGELES | TOKYO |
| CHICAGO | NEW YORK | WASHINGTON, D.C. |
| DALLAS | PALO ALTO | |
| GENEVA | SAN FRANCISCO | |

**FOUNDED 1866**

FEDERAL ID 36-4474078

October 29, 2015

330 Madison Avenue
New York, NY 10017

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 35061201
Client Matter 19932-30750

---

For professional services rendered through September 30, 2015 in connection with Cal Dive International, Inc.

Fees                                                                         $3,094.00

**Total Due This Bill**                                          **$3,094.00**

---

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN LLP**

Invoice Number:  35061201

Cal Dive International, Inc.

### T I M E   S U M M A R Y

| Name | Hours | Rate | Amount |
|---|---|---|---|
| TA Labuda | 1.30 | $895.00 | $1,163.50 |
| ME Linder | 3.30 | 585.00 | 1,930.50 |
| **Total Hours and Fees** | **4.60** | | **$3,094.00** |

SIDLEY AUSTIN LLP

Invoice Number:  35061201

Cal Dive International, Inc.

TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 09/09/15 | ME Linder | Review status of fee applications and relevant deadlines | .10 |
| 09/09/15 | ME Linder | E-mails with client and T. Labuda re fee applications | .20 |
| 09/14/15 | TA Labuda | Emails with K. Eide re fourth monthly fee application. | .20 |
| 09/15/15 | ME Linder | E-mails with client re CNO (.1); e-mails with client and telephone call with T. Labuda re August fee application (.3) | .40 |
| 09/16/15 | TA Labuda | Emails with J. Weissglass and M. Linder re August fee statement period. | .10 |
| 09/16/15 | ME Linder | Communications with client and T. Labuda re August monthly fee application | .20 |
| 09/18/15 | ME Linder | E-mails with client and T. Labuda re August fee application | .20 |
| 09/22/15 | ME Linder | Communications with client and T. Labuda re August fee application | .30 |
| 09/25/15 | TA Labuda | Emails and conference with M. Linder re fee application filing and related issues (.1); emails with Akin and J. Decker re same (.1). | .20 |
| 09/25/15 | ME Linder | Communications with client and T. Labuda re August fee application (.2); finalize August fee application (.8); e-mail to Akin re same (.1) | 1.10 |
| 09/27/15 | TA Labuda | Emails with J. Decker and M. Linder re August fee statement and related issues. | .10 |
| 09/28/15 | TA Labuda | Confer with M Linder re August fee statement (.1); emails with client the same (.1). | .20 |
| 09/28/15 | ME Linder | E-mails with T. Labuda and Akin re August fee application | .30 |
| 09/29/15 | TA Labuda | Emails with M Linder re August fee statement filing | .20 |
| 09/29/15 | ME Linder | Communications with client, T. Labuda and Akin re August fee application | .50 |
| 09/30/15 | TA Labuda | Call from A. Parlen re August fee statement and related issues (.2); emails with client re same (.1). | .30 |
| | | **Total Hours** | **4.60** |



**SIDLEY AUSTIN LLP**
ONE SOUTH DEARBORN
CHICAGO, IL 60603
(312) 853 7000
(312) 853 7036 FAX

| | | |
|---|---|---|
| BEIJING | HONG KONG | SAN FRANCISCO |
| BOSTON | HOUSTON | SHANGHAI |
| BRUSSELS | LONDON | SINGAPORE |
| CENTURY CITY | LOS ANGELES | SYDNEY |
| CHICAGO | MUNICH | TOKYO |
| DALLAS | NEW YORK | WASHINGTON, D.C. |
| GENEVA | PALO ALTO | |

**FOUNDED 1866**

FEDERAL ID 36-4474078

June 22, 2016

330 Madison Avenue
New York, NY 10017

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 36037203
Client Matter 19932-30750

**FOR PROFESSIONAL SERVICES RENDERED** through May 31, 2016
in connection with Cal Dive International, Inc.

Fees                                                                                       $4,598.50

**Total Due This Bill**                                                        **$4,598.50**

---

Remit Check Payments To:                          Remit Wire Payments To:
Sidley Austin LLP                                        Sidley Austin LLP
P.O. Box 0642                                            JP Morgan Chase Bank, NA
Chicago, Illinois  60690                               Account Number:  5519624
                                                                ABA Number:  071000013
                                                                Swift Code:  CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN LLP**

Invoice Number:  36037203

Cal Dive International, Inc.

## T I M E   S U M M A R Y

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| TA Labuda | 1.10 | $895.00 | $984.50 |
| ME Linder | 5.20 | 695.00 | 3,614.00 |
| **Total Hours and Fees** | **6.30** | | **$4,598.50** |

SIDLEY AUSTIN LLP

Invoice Number:  36037203

Cal Dive International, Inc.

### T I M E   D E T A I L

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 04/01/16 | TA Labuda | Emails with M. Linder and L. Lifland re fifth monthly fee application. | .10 |
| 04/01/16 | ME Linder | Emails with Akin re extended objection deadline | .10 |
| 04/30/16 | TA Labuda | Emails with M. Linder re objection deadline and CNO issues. | .10 |
| 05/02/16 | ME Linder | Telephone call with T. Labuda re status | .10 |
| 05/04/16 | TA Labuda | Emails and conference with M. Linder re strategy re moving forward with fee statement and final fee application issues. | .10 |
| 05/05/16 | TA Labuda | Emails from L. Lifland and M. Linder re fee statement and case status. | .10 |
| 05/05/16 | ME Linder | Emails with Akin re status | .10 |
| 05/13/16 | TA Labuda | Emails with M. Linder and client re fee application issues. | .10 |
| 05/13/16 | ME Linder | Emails with J. Weissglass, T. Labuda and Akin re status (.2); telephone call with L. Lifland re same (.2) | .40 |
| 05/17/16 | TA Labuda | Emails with J. Weissglass re final fee application (.1); confer with M. Linder re outstanding fees and expenses (.1). | .20 |
| 05/17/16 | ME Linder | Emails with T. Labuda re outstanding fees and expenses | .20 |
| 05/18/16 | TA Labuda | Confer with J. Decker and J. Weissglass re fee application issues and related strategy. | .30 |
| 05/18/16 | ME Linder | Telephone call with client team and T. Labuda re final fee application | .30 |
| 05/20/16 | ME Linder | Draft final fee application | 4.00 |
| 05/22/16 | TA Labuda | Emails with D. Fogel re final fee application and related issues. | .10 |
| | | **Total Hours** | **6.30** |



**SIDLEY AUSTIN LLP**
ONE SOUTH DEARBORN
CHICAGO, IL 60603
(312) 853 7000
(312) 853 7036 FAX

| BEIJING | HONG KONG | SAN FRANCISCO |
| BOSTON | HOUSTON | SHANGHAI |
| BRUSSELS | LONDON | SINGAPORE |
| CENTURY CITY | LOS ANGELES | SYDNEY |
| CHICAGO | MUNICH | TOKYO |
| DALLAS | NEW YORK | WASHINGTON, D.C. |
| GENEVA | PALO ALTO | |

**FOUNDED 1866**

FEDERAL ID 36-4474078

July 25, 2016

330 Madison Avenue
New York, NY 10017

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 36044317
Client Matter 19932-30750

**FOR PROFESSIONAL SERVICES RENDERED** through June 30, 2016
in connection with Cal Dive International, Inc.

Fees                                                                          $3,728.50

**Total Due This Bill**                                                        **$3,728.50**

---

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN LLP**

Invoice Number:  36044317

Cal Dive International, Inc.

### T I M E   S U M M A R Y

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| TA Labuda | 3.70 | $895.00 | $3,311.50 |
| ME Linder | .60 | 695.00 | 417.00 |
| **Total Hours and Fees** | **4.30** | | **$3,728.50** |

SIDLEY AUSTIN LLP

Invoice Number:  36044317


Cal Dive International, Inc.


T I M E   D E T A I L


| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 06/03/16 | TA Labuda | Work on final fee application | .80 |
| 06/06/16 | TA Labuda | Emails with J. Weissglass re revised final fee application (.1); review and work on same (.4). | .50 |
| 06/06/16 | ME Linder | Review and revise final fee application | .60 |
| 06/10/16 | TA Labuda | Work on final fee application (.7); emails with D. Fogel, J. Weissglass and J. Decker re final fee application (.1). | .80 |
| 06/15/16 | TA Labuda | Conference call with D. Fogel and J. Decker re final fee application and related strategy (.5); call from D. Fogel re same (.1). | .60 |
| 06/17/16 | TA Labuda | Email from D. Fogel re final fee application comments (.1); review same (.1). | .20 |
| 06/20/16 | TA Labuda | Emails with J. Weissglass re outreach to OMM (.1); call to A. Parlen re final fee application (.1). | .20 |
| 06/21/16 | TA Labuda | Conference call with M. Kremer re proposed final fee application (.2); email to J. Weissglass re same (.1). | .30 |
| 06/30/16 | TA Labuda | Emails with J. Weissglass re OMM outreach (.1); emails with M. Kremer re final fee application (.1); email to J. Weissglass re outreach to ML (.1). | .30 |

|  |  | **Total Hours** | **4.30** |