# EXHIBIT A

## By Timekeeper

| Client | Trans Date | Tmkr | H P | Task Code | | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|---|

**Timekeeper 1 Frederick B. Rosner**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1959.00 | 03/01/2017 | 1 | P | BB115 | A107 | 400.00 | 3.00 | 1,200.00 | Review SOFA 3b (.4); draft template for complaint (1.9) conf call M. Kremer, S. Uhland to get bkgrd info (.4); emails re: foregoing (.3)<br>Cal Dive<br>*Preference Actions | 15 |
| 1959.00 | 03/01/2017 | 1 | P | BB115 | A107 | 400.00 | 1.30 | 520.00 | Review and edit final form of draft Complaint; email to debtors counsel re: same<br>Cal Dive<br>*Preference Actions | 18 |
| 1959.00 | 03/02/2017 | 1 | P | BB115 | A104 | 400.00 | 1.60 | 640.00 | Continue review and edit from complaint (1.2; exchange emails with co-counsel (.4)<br>Cal Dive<br>*Preference Actions | 20 |
| 1959.00 | 03/03/2017 | 1 | P | BB116 | A103 | 400.00 | 0.90 | 360.00 | Draft/revise RLG retention app, Rosner Decl and proposed Order (.9)<br>Cal Dive<br>*Preference Actions | 23 |

**Total for Timekeeper 1**     Billable    6.80    2,720.00   Frederick B. Rosner

**Timekeeper 2 Fred Sassler**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1959.00 | 03/02/2017 | 2 | P | BB115 | A105 | 175.00 | 12.80 | 2,240.00 | File numerous complaints (8.4); review of docket (.4); print complaints and organize all pleadings (4.0)<br>Cal Dive<br>*Preference Actions | 22 |

**Total for Timekeeper 2**     Billable    12.80    2,240.00   Fred Sassler

**Timekeeper 4 Scott Leonhardt**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1959.00 | 03/01/2017 | 4 | P | BB115 | A106 | 375.00 | 5.10 | 1,912.50 | Draft Complaint (4.1); review of first day affidavit + cash management motion (.6); related correspondence with Debtors' counsel (M. Kremlin (.4)<br>Cal Dive<br>*Preference Actions | 17 |
| 1959.00 | 03/02/2017 | 4 | P | BB115 | A105 | 375.00 | 11.30 | 4,237.50 | Finalize Form Draft Complaint (1.1); related correspondence with Debtors' Counsel (M. Kremer) (.3);<br><br>Draft Complaints for remaining adversary proceedings (7.1); followup emails with Debtors' Counsel (M. Kremer) (.5)<br><br>Correspondence with M. Busenkell re: Complaint against Harris Caprock Communications (.3)<br><br>Review docket to confirm all Complaints were correctly filed (3.1)<br>Cal Dive<br>*Preference Actions | 21 |
| 1959.00 | 03/03/2017 | 4 | P | BB116 | A105 | 375.00 | 2.30 | 862.50 | Draft RLG Retention Application (2.1); related correspondence with Debtors' counsel (M. Kremer) (.2)<br>Cal Dive<br>*Preference Actions | 24 |
| 1959.00 | 03/06/2017 | 4 | P | BB109 | A107 | 375.00 | 0.20 | 75.00 | Review of agenda for 3/8 hearing<br>Cal Dive<br>*Preference Actions | 25 |
| 1959.00 | 03/07/2017 | 4 | P | BB116 | A105 | 375.00 | 0.20 | 75.00 | Correspondence with co-counsel re: RLG Retention Application (M. Kremer) (.2)<br>Cal Dive<br>*Preference Actions | 26 |
| 1959.00 | 03/08/2017 | 4 | P | BB116 | A105 | 375.00 | 0.60 | 225.00 | Teleconference with co-counsel (M. Kremer) re: retention application (.2); revise declaration in support of RLG Retention (.2); circulate to co-counsel (M. Kremer) (.2)<br>Cal Dive<br>*Preference Actions | 27 |
| 1959.00 | 03/08/2017 | 4 | P | BB118 | A105 | 375.00 | 0.40 | 150.00 | Review of conversion order (.2); highlight critical deadlines (.2)<br>Cal Dive<br>*Preference Actions | 29 |
| 1959.00 | 03/09/2017 | 4 | P | BB115 | A105 | 375.00 | 0.20 | 75.00 | Teleconference with A, Saunders from Cashman Equipment re: status of avoidance action.<br>Cal Dive<br>*Preference Actions | 30 |
| 1959.00 | 03/09/2017 | 4 | P | BB115 | A105 | 375.00 | 0.20 | 75.00 | Review correspondence re: Martin Energy Services LLC adversary<br>Cal Dive<br>*Preference Actions | 31 |

| Client | Trans Date | Tmkr | H P | Task Code | | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|---|
| Timekeeper 4 Scott Leonhardt | | | | | | | | | | |
| **Total for Timekeeper 4** | | | | | | Billable | 20.50 | 7,687.50 | Scott Leonhardt | |
| Timekeeper 5 Jason Gibson | | | | | | | | | | |
| 1959.00 | 03/01/2017 | 5 | P | BB115 | A103 | 325.00 | 4.50 | 1,462.50 | Conform Exhibits for 184 defendants.<br>Cal Dive<br>*Preference Actions | 16 |
| 1959.00 | 03/02/2017 | 5 | P | BB115 | A103 | 325.00 | 4.30 | 1,397.50 | Conform Complaints and Exhibits for E-filing. (136 Complaints in total)<br>Cal Dive<br>*Preference Actions | 19 |
| 1959.00 | 03/02/2017 | 5 | P | BB115 | A104 | 325.00 | 3.10 | 1,007.50 | Review 184 Exhibits to confirm accuracy<br>Cal Dive<br>*Preference Actions | 28 |
| **Total for Timekeeper 5** | | | | | | Billable | 11.90 | 3,867.50 | Jason Gibson | |
| | | | | | | **GRAND TOTALS** | | | | |
| | | | | | | Billable | 52.00 | 16,515.00 | | |

# By Task Code

| Client | Trans Date | Tmkr | H P | Task Code | | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|---|
| **Phase ID BB109 Court Hearings** | | | | | | | | | | |
| 1959.00 | 03/06/2017 | 4 | P | BB109 | A107 | 375.00 | 0.20 | 75.00 | Review of agenda for 3/8 hearing<br>Cal Dive<br>*Preference Actions | 25 |
| **Total for Phase ID BB109** | | | | | | Billable | 0.20 | 75.00 | Court Hearings | |
| **Phase ID BB115 Litigation/Adversary Proceedings** | | | | | | | | | | |
| 1959.00 | 03/01/2017 | 1 | P | BB115 | A107 | 400.00 | 3.00 | 1,200.00 | Review SOFA 3b (.4); draft template for complaint (1.9) conf call M. Kremer, S. Uhland to get bkgrd info (.4); emails re: foregoing (.3)<br>Cal Dive<br>*Preference Actions | 15 |
| 1959.00 | 03/01/2017 | 5 | P | BB115 | A103 | 325.00 | 4.50 | 1,462.50 | Conform Exhibits for 184 defendants.<br>Cal Dive<br>*Preference Actions | 16 |
| 1959.00 | 03/01/2017 | 4 | P | BB115 | A106 | 375.00 | 5.10 | 1,912.50 | Draft Complaint (4.1); review of first day affidavit + cash management motion (.6); related correspondence with Debtors' counsel (M. Kremlin (.4)<br>Cal Dive<br>*Preference Actions | 17 |
| 1959.00 | 03/01/2017 | 1 | P | BB115 | A107 | 400.00 | 1.30 | 520.00 | Review and edit final form of draft Complaint; email to debtors counsel re: same<br>Cal Dive<br>*Preference Actions | 18 |
| 1959.00 | 03/02/2017 | 5 | P | BB115 | A103 | 325.00 | 4.30 | 1,397.50 | Conform Complaints and Exhibits for E-filing. (136 Complaints in total)<br>Cal Dive<br>*Preference Actions | 19 |
| 1959.00 | 03/02/2017 | 1 | P | BB115 | A104 | 400.00 | 1.60 | 640.00 | Continue review and edit from complaint (1.2; exchange emails with co-counsel (.4)<br>Cal Dive<br>*Preference Actions | 20 |
| 1959.00 | 03/02/2017 | 4 | P | BB115 | A105 | 375.00 | 11.30 | 4,237.50 | Finalize Form Draft Complaint (1.1); related correspondence with Debtors' Counsel (M. Kremer) (.3);<br><br>Draft Complaints for remaining adversary proceedings (7.1); followup emails with Debtors' Counsel (M. Kremer) (.5)<br><br>Correspondence with M. Busenkell re: Complaint against Harris Caprock Communications (.3)<br><br>Review docket to confirm all Complaints were correctly filed (3.1)<br>Cal Dive<br>*Preference Actions | 21 |
| 1959.00 | 03/02/2017 | 2 | P | BB115 | A105 | 175.00 | 12.80 | 2,240.00 | File numerous complaints (8.4); review of docket (.4); print complaints and organize all pleadings (4.0)<br>Cal Dive<br>*Preference Actions | 22 |
| 1959.00 | 03/02/2017 | 5 | P | BB115 | A104 | 325.00 | 3.10 | 1,007.50 | Review 184 Exhibits to confirm accuracy<br>Cal Dive<br>*Preference Actions | 28 |
| 1959.00 | 03/09/2017 | 4 | P | BB115 | A105 | 375.00 | 0.20 | 75.00 | Teleconference with A. Saunders from Cashman Equipment re: status of avoidance action.<br>Cal Dive<br>*Preference Actions | 30 |
| 1959.00 | 03/09/2017 | 4 | P | BB115 | A105 | 375.00 | 0.20 | 75.00 | Review correspondence re: Martin Energy Services LLC adversary<br>Cal Dive<br>*Preference Actions | 31 |
| **Total for Phase ID BB115** | | | | | | Billable | 47.40 | 14,767.50 | Litigation/Adversary Proceedings | |
| **Phase ID BB116 RLG Retention** | | | | | | | | | | |
| 1959.00 | 03/03/2017 | 1 | P | BB116 | A103 | 400.00 | 0.90 | 360.00 | Draft/revise RLG retention app, Rosner Decl and proposed Order (.9)<br>Cal Dive<br>*Preference Actions | 23 |
| 1959.00 | 03/03/2017 | 4 | P | BB116 | A105 | 375.00 | 2.30 | 862.50 | Draft RLG Retention Application (2.1); related correspondence with Debtors' counsel (M. Kremer) (.2)<br>Cal Dive<br>*Preference Actions | 24 |
| 1959.00 | 03/07/2017 | 4 | P | BB116 | A105 | 375.00 | 0.20 | 75.00 | Correspondence with co-counsel re: RLG Retention Application (M. Kremer) (.2)<br>Cal Dive<br>*Preference Actions | 26 |
| 1959.00 | 03/08/2017 | 4 | P | BB116 | A105 | 375.00 | 0.60 | 225.00 | Teleconference with co-counsel (M. Kremer) re: | 27 |

| Client | Trans Date | Tmkr | H P | Task Code | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|

**Phase ID BB116 RLG Retention**

retention application (.2); revise declaration in support of RLG Retention (.2); circulate to co-counsel (M. Kremer) (.2)
Cal Dive
*Preference Actions

| Total for Phase ID BB116 | | | | | Billable | 4.00 | 1,522.50 | RLG Retention |

**Phase ID BB118 RLG Fee Applications**

| 1959.00 | 03/08/2017 | 4 | P | BB118   A105 | 375.00 | 0.40 | 150.00 | Review of conversion order (.2); highlight critical deadlines (.2)<br>Cal Dive<br>*Preference Actions | 29 |

| Total for Phase ID BB118 | | | | | Billable | 0.40 | 150.00 | RLG Fee Applications |

**GRAND TOTALS**

| | | | | | Billable | 52.00 | 16,515.00 | |