# EXHIBIT B

| Client | Trans Date | Tmkr | H P | Task Code | | Rate | Amount | | Ref # |
|--------|-----------|------|-----|-----------|---|------|--------|---|-------|
| **Activity ID E106 Online research** | | | | | | | | | |
| 1959.00 | 03/10/2017 | 1 | P | BB115 | E106 | | 253.20 | PACER Charges | 6 |
| | | | | | | | | Cal Dive | |
| | | | | | | | | *Preference Actions | |
| **Total for Activity ID E106** | | | | | | Billable | 253.20 | Online research | |
| **Activity ID E111 Meals** | | | | | | | | | |
| 1959.00 | 03/01/2017 | 1 | P | BB115 | E111 | | 21.50 | Working Dinner. 1 Attorney | 3 |
| | | | | | | | | Cal Dive | |
| | | | | | | | | *Preference Actions | |
| 1959.00 | 03/02/2017 | 1 | P | BB115 | E111 | | 67.40 | Meals - Working Lunch. 3 attorneys, 1 paralegal | 4 |
| | | | | | | | | Cal Dive | |
| | | | | | | | | *Preference Actions | |
| **Total for Activity ID E111** | | | | | | Billable | 88.90 | Meals | |
| **Activity ID E123 Other professionals** | | | | | | | | | |
| 1959.00 | 03/10/2017 | 1 | P | BB115 | E123 | | 477.50 | Other professionals | 7 |
| | | | | | | | | Cal Dive | |
| | | | | | | | | *Preference Actions | |
| **Total for Activity ID E123** | | | | | | Billable | 477.50 | Other professionals | |
| **Activity ID E129 Official Fees** | | | | | | | | | |
| 1959.00 | 03/09/2017 | 1 | P | BB108 | E129 | | 47,250.00 | Filing Fees | 5 |
| | | | | | | | | Cal Dive | |
| | | | | | | | | *Preference Actions | |
| **Total for Activity ID E129** | | | | | | Billable | 47,250.00 | Official Fees | |

| | | GRAND TOTALS | |
|---|---|---|---|
| | Billable | 48,069.60 | |