# EXHIBIT C



**GELLERT
SCALI
BUSENKELL
◈ BROWN, LLC**

*Angie M. Poulin*
*302-425-5805*
*apoulin@gsbblaw.com*

March 9, 2017

Scott Leonhardt
The Rosner Law Group
824 N. Market Street
Suite 810
Wilmington, DE 19801

**INVOICE:**   **Cal Dive Offshore Contractors**

| | | | |
|---|---|---|---|
| MB | Review and finalize complaint | .30 x $425.00 = | $127.50 |
| | Complaint Filing: | | $350.00 |
| | Total | | $477.50 |

Kindly remit payment by check within thirty (30) days of the date.

Thank you.

1201 N. ORANGE STREET, SUITE 300
WILMINGTON, DELAWARE 19801
P: 302. 425. 5800  |  F: 302. 425. 5814

601 WALNUT STREET, SUITE 280S
PHILADELPHIA, PENNSYLVANIA 19106
P: 215. 238. 0010  |  F: 215. 238. 0016

www.GSBBLAW.com