**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CAL DIVE INTERNATIONAL, INC., *et al.*,[1] | ) | Case No. 15-10458 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## DECLARATION OF FREDERICK B. ROSNER

I, Frederick B. Rosner, hereby declare the following:

1. I am an attorney with The Rosner Law Group LLC ("RLG"), Special Litigation counsel to the Debtors. RLG maintains an office at 824 North Market Street, Suite 810, Wilmington, Delaware 19801.

2. I have read the foregoing *First and Final Application of The Rosner Law Group for Compensation for Services Rendered and Reimbursement of Expenses as Special Litigation Counsel for the Period from March 1, 2017 Through March 10, 2017* (the "Application"). To the best of my knowledge, information and belief, the statements contained in the Application are true and correct. In addition, I believe that the Application complies with Local Rule 2016-2.

3. In accordance with Bankruptcy Rule 2016(a) and 11 U.S.C. §504, no agreement or understanding exists between RLG and any other person for the sharing of compensation to be received in connection with the above case[2]. All services for which compensation is sought were

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Cal Dive International, Inc. (0501), Cal Dive Offshore Contractors, Inc. (4878), Affiliated Marine Contractors, Inc. (8678), Fleet Pipeline Services, Inc. (2104), Gulf Offshore Construction, Inc. (2106), and CDI Renewables, LLC (4985). The Debtors' corporate headquarters is at 2500 CityWest Boulevard, Suite 2200, Houston, TX 77042.

[2] Due to the extremely limited timeframe to prepare and file the avoidance actions, it was necessary for RLG to obtain separate conflicts counsel to file one complaint against defendant Harris Caprock Communications Inc. [Adv. No. 17-50123]. The fees and expenses incurred by Gellert are attached to the Application as **Exhibit C**.

{00019860. }

professional services performed for or on behalf of the Debtors and not on behalf of any other person.

  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  March 17, 2017

                */s/ Frederick B. Rosner*
                Frederick B. Rosner