IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CAL DIVE INTERNATIONAL, INC., *et al.*,[1] | ) Case No. 15-10458 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Hearing Date: April 10, 2017 at 2:00 p.m. (ET)** |
| | ) **Obj. Deadline: March 31, 2017 at 4:00 p.m. (ET)** |

## NOTICE OF APPLICATION

**PLEASE TAKE NOTICE** that on March 17, 2017, The Rosner Law Group LLC filed its *First and Final Application of The Rosner Law Group LLC for Compensation for Services Rendered and Reimbursement of Expenses as Special Litigation Counsel to the Debtors for the Period from March 1, 2017 Through March 10, 2017* (the "Application") with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware 19801 (the "Court"), seeking an allowance of fees in the amount of $19,105.00 and reimbursement of actual and necessary expenses in the amount of $48,069.60.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Application must be made in accordance with the Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals* [D.I. 209; filed 4/6/15] (the "Administrative Order"), and must be filed with the Clerk of the Court and served upon (i) Cal Dive International, Inc., 2500 CityWest Boulevard, Suite 2200, Houston TX 77042 (Attn: Lisa M. Buchanan, Esq.); (ii) counsel to the Debtors, O'Melveny & Myers LLP, 7 Times Square, New York, NY 10036 (Attn: George A. Davis, Esq. and Andrew M. Parlen, Esq.); (iii) Delaware co-counsel to the Debtors, Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, Delaware 19801 (Attn: Mark D. Collins, Esq. and Michael J. Merchant, Esq.); (iv) counsel to Bank of America, N.A., as the Pre-Petition Senior Agent under the Pre-Petition Senior Loan Agreement and the DIP Agent under the DIP Facility Agreement, Morgan Lewis & Bockius LLP, 101 Park A venue, New York, NY 10178-0060 (Attn: Glenn Siegel, Esq.); (v) counsel to ABC Funding, LLC, as the Pre-Petition Junior Agent under the Prepetition Junior Loan Agreement, Kirkland & Ellis, 300 North LaSalle, Chicago, Illinois 60654 (Attn: Pat Nash, Esq.); (vi) the Office of the United States Trustee for the District of Delaware, J. Caleb Boggs Federal Building, 844 North King Street, Suite 2207, Wilmington, Delaware 19801 (Attn: Benjamin A. Hackman, Esq.); (vii) any counsel to any statutory committee appointed in these chapter 11 cases; and (viii) all parties that filed a notice of appearance with the Clerk of the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Cal Dive International, Inc. (0501), Cal Dive Offshore Contractors, Inc. (4878), Affiliated Marine Contractors, Inc. (8678), Fleet Pipeline Services, Inc. (2104), Gulf Offshore Construction, Inc. (2106), and CDI Renewables, LLC (4985).  The Debtors' corporate headquarters is at 2500 CityWest Boulevard, Suite 2200, Houston, TX 77042.

{00019887. }

Court pursuant to Federal Rule of Bankruptcy Procedure 2002 and requested such notice (collectively, the "Notice Parties"), so as to be received by no later than **March 31, 2017 at 4:00 p.m. (ET)** (the "Objection Deadline"). Only those objections that are timely filed and served so as to be received by the Notice Parties on or before the Objection Deadline will be considered by the Court.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Application will be held on **April 10, 2017 at 2:00 p.m. (ET)** before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th floor, Courtroom 6, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE THAT IF NO RESPONSE IS FILED OR RECEIVED ON OR BEFORE THE OBJECTION DEADLINE, THE COURT MAY ENTER THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: March 17, 2017
Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Jason A. Gibson*
Frederick B. Rosner (DE 3995)
Scott J. Leonhardt (DE 4855)
Jason A. Gibson (DE 6091)
824 North Market Street, Suite 810
Wilmington, DE 19801
(302) 777-1111
rosner@teamrosner.com
leonhardt@teamrosner.com
gibson@teamrosner.com

*Special Litigation Counsel to the Debtors*