UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CAL DIVE INTERNATIONAL, INC., *et al.*,[1]<br><br>     Debtors. | Chapter 7<br><br>Case No. 15-10458 (CSS)<br>(Jointly Administered) |
| DAVID W. CARICKHOFF, solely as Chapter 7 Trustee of the Estates of Cal Dive International, Inc., et al.,<br><br>     Plaintiff,<br><br>v.<br><br>See List of Defendants Attached as Exhibit "A" | Adv. Proc. No.:  **See Defendants on Exhibit A** |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON DECEMBER 21, 2018 AT 11:00 A.M.**

**MATTERS PREVIOUSLY APPROVED BY THE COURT**

1. Chapter 7 Trustees Motion for an Order Approving Settlement Agreement with Rolls-Royce Marine North America Pursuant to Fed. R. Bankr. P. 9019 (Filed October 26, 2018)[Docket No. 1970]

    Response Deadline:   November 16, 2018

    Response Received:   None.

    Related Documents:

    a.   Certificate of No Objection (Filed November 19, 2018) [Dkt. No. 1982]

    b.   Order granting Motion (entered November 26, 2018) [Dkt. No. 1985]

    Status: An Order approving this Motion has been entered. Accordingly, no hearing is necessary.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Cal Dive International, Inc. (0501); Cal Dive Offshore Contractors, Inc. (4878); Affiliated Marine Contractors, Inc. (8678); Fleet Pipeline Services, Inc. (2104); Gulf Offshore Construction, Inc. (2106); and CDI Renewables, LLC (4985).

2.  Second Interim (Contingent Fee Matters) Application for Compensation and Reimbursement of Expenses of Gellert Scali Busenkell & Brown, LLC as Special Litigation Conflicts Counsel to the Chapter 7 Trustee, for the Period from March 17, 2018 Through October 26, 2018 (filed October 26, 2018) [Dkt. No. 1976]

    Response Deadline:    November 16, 2018

    Response Received:    None.

    Related Documents:

    a.  Certificate of No Objection (Filed November 19, 2018) [Dkt. No. 1983]

    b.  Order approving Application (entered November 26, 2018) [Dkt. No. 1984]

    Status: An Order approving this Application has been entered. Accordingly, no hearing is necessary.

3.  Sixth Interim (Contingent Fee Matters) Application for Compensation and Reimbursement of Expenses of Shook, Hardy & Bacon L.L.P., as Special Counsel to the Chapter 7 Trustee for the Period from September 29, 2018 Through November 23, 2018 (Filed November 30, 2018) [Dkt. No. 1987]

    Response Deadline:    December 14, 2018

    Response Received:    None.

    Related Documents:

    a.  Certificate of No Objection (Filed December 17, 2018) [Dkt. No. 1989]

    b.  Order Approving Application (entered December 18, 2018) [Dkt. No. 1990]

    Status: An Order approving this Application has been entered. Accordingly, no hearing is necessary.

**MATTER WITH CNO**

4.  Chapter 7 Trustee's Seventh Omnibus Motion for an Order Approving Settlements of Avoidance Actions Pursuant to Fed. R. Bankr. P. 9019 (Filed November 30, 2018) [Dkt. No. 1986]

    Response Deadline:    December 14, 2018

    Response Received:    None.

    Related Documents:

      a.      Certificate of No Objection (Filed December 17, 2018) [Dkt. No. 1991]

    <u>Status:</u> A Certificate of No Objection has been filed.

Dated:  December 19, 2018        **ARCHER & GREINER, P.C.**

       */s/  S. Alexander Faris*
       S. Alexander Faris (No. 6278)
       300 Delaware Ave., Suite 1100
       Wilmington, DE  19801
       Phone: (302) 777-4350
       Fax: (302) 777-4352
       E-mail: afaris@archerlaw.com

       *Counsel to the Ch. 7 Trustee*

215678685v1

**EXHIBIT A**

| | |
|---|---|
| OFFSHORE OIL SERVICES INC | Adversary Pro. No. 17-50148 (CSS) |
| PARTEK LABORATORIES | Adversary Pro. No. 17-50153 (CSS) |
| PRICE SUPPLY INC | Adversary Pro. No. 17-50159 (CSS) |
| BOLLINGER SHIPYARDS LOCKPORT LLC | Adversary Pro. No. 17-50080 (CSS) |
| C-MAR AMERICA, INC. | Adversary Pro. No. 17-50087 (CSS) |