# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| CAL DIVE INTERNATIONAL, INC., *et al.*,[1] | Case No. 15-10458 (CSS) (Jointly Administered) |
| Debtors. | |
| DAVID W. CARICKHOFF, solely as Chapter 7 Trustee of the Estates of Cal Dive International, Inc., et al., | |
| Plaintiff, | Adv. Proc. No.: **See Defendants on Exhibit A** |
| v. | |
| See List of Defendants Attached as Exhibit "A" | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JANUARY 28, 2019 AT 1:00 P.M.

**MATTERS WITH CNO**

1. Chapter 7 Trustee's Eighth Omnibus Motion for an Order Approving Settlements of Avoidance Actions Pursuant to Fed. R. Bankr. P. 9019 (Filed January 8, 2019)[Docket No. 1995]

    Response Deadline:    January 21, 2019

    Response Received:    None.

    Related Documents:

    a.    Certificate of No Objection (filed January 23, 2019) [Dkt. No. 1997]

    Status: A Certificate of No Objection has been filed.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Cal Dive International, Inc. (0501); Cal Dive Offshore Contractors, Inc. (4878); Affiliated Marine Contractors, Inc. (8678); Fleet Pipeline Services, Inc. (2104); Gulf Offshore Construction, Inc. (2106); and CDI Renewables, LLC (4985).

Dated:  January 24, 2019      **ARCHER & GREINER, P.C.**

    */s/  S. Alexander Faris*
S. Alexander Faris (No. 6278)
300 Delaware Ave., Suite 1100
Wilmington, DE  19801
Phone: (302) 777-4350
Fax: (302) 777-4352
E-mail: afaris@archerlaw.com

*Counsel to the Ch. 7 Trustee*

215678685v2

## **EXHIBIT A**

| | |
|---|---|
| C PORT STONE, LLC | Adversary Pro. No. 17-50069 (CSS) |
| DOERLE FOOD SERVICES, INC. | Adversary Pro. No. 17-50099 (CSS) |
| CANYON OFFSHORE, INC. | Adversary Pro. No. 17-50061 (CSS) |