# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CAL DIVE INTERNATIONAL, INC., *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 15-10458 (CSS)<br>(Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON APRIL 24, 2019 AT 11:00 A.M.

### UNCONTESTED MATTERS WITH A CNO

1. Chapter 7 Trustee's Ninth Omnibus Motion for an Order Approving Settlements of Avoidance Actions Pursuant to Fed. R. Bankr. P. 9019 (filed March 20, 2019)[Dkt. No. 2004]

    Response Deadline:    April 8, 2019 at 4:00 p.m.

    Response Received:    None.

    Related Documents:

    a.    Certificate of No Objection (filed April 9, 2019) [Dkt. No. 2007]

    Status: A Certificate of No Objection has been filed.

2. Seventh Interim (Contingent Fee Matters) Application for Compensation and Reimbursement of Expenses of Shook, Hardy & Bacon L.L.P., as Special Counsel to the Chapter 7 Trustee for the Period from November 23, 2018 through March 8, 2019 (filed March 20, 2019) [Dkt. No. 2005]

    Response Deadline:    April 8, 2019 at 4:00 p.m.

    Response Received:    None.

    Related Documents:

    a.    Certificate of No Objection (filed April 9, 2019) [Dkt. No. 2008]

    Status: A Certificate of No Objection has been filed.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Cal Dive International, Inc. (0501); Cal Dive Offshore Contractors, Inc. (4878); Affiliated Marine Contractors, Inc. (8678); Fleet Pipeline Services, Inc. (2104); Gulf Offshore Construction, Inc. (2106); and CDI Renewables, LLC (4985).

3. Third Interim Fee Application of Archer & Greiner, P.C., Attorneys for David W. Carickhoff, Chapter 7 Trustee, for Compensation and Reimbursement of Expenses for the Period August 1, 2018 Through February 28, 2019 (filed March 25, 2019) [Dkt. No. 2006]

Response Deadline:    April 8, 2019 at 4:00 p.m.

Response Received:    None.

Related Documents:

a. Certificate of No Objection (filed April 22, 2019) [Dkt. No. 2010]

Status: A Certificate of No Objection has been filed.

Dated:  April 22, 2019

**ARCHER & GREINER, P.C.**

 /s/  S. Alexander Faris
S. Alexander Faris (No. 6278)
300 Delaware Ave., Suite 1100
Wilmington, DE  19801
Phone: (302) 777-4350
Fax: (302) 777-4352
E-mail: afaris@archerlaw.com

*Counsel to the Ch. 7 Trustee*

216295174v1

## **EXHIBIT A**

| | |
|---|---|
| C PORT STONE, LLC | Adversary Pro. No. 17-50069 (CSS) |
| DOERLE FOOD SERVICES, INC. | Adversary Pro. No. 17-50099 (CSS) |
| CANYON OFFSHORE, INC. | Adversary Pro. No. 17-50061 (CSS) |