IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CAL DIVE INTERNATIONAL, INC., *et al.*,[1]<br><br>Debtor. | Chapter 7<br><br>Case No. 15-10458 (MFW)<br>(Jointly Administered) |

**STATUS REPORT OF THE CHAPTER 7 TRUSTEE**

David W. Carickhoff, the chapter 7 trustee (the "Trustee") of the estates of Cal Dive International, Inc. and its affiliated debtors (collectively, the "Debtors"), hereby files this status report in the above-captioned chapter 7 cases:

1. On March 3, 2015 (the "Petition Date"), each of the Debtors filed a voluntary petition under chapter 11 of the Bankruptcy Code. The cases are jointly administered under lead case no. 15-10458 [D.I. 57].

2. Until the entry of the Conversion Order (defined below), the Debtors and their foreign non-debtor affiliates operated a global marine contractor that provided highly specialized manned diving, pipelay and pipe burial, platform installation and salvage, and well-intervention services to a diverse customer base in the offshore oil and gas industry. Headquartered in Houston, the Cal Dive Group operated in the Gulf of Mexico Outer Continental Shelf, the United States, Latin America, Southeast Asia, China, Australia, West Africa, the Middle East, and Europe.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Cal Dive International, Inc. (0501); Cal Dive Offshore Contractors, Inc. (4878); Affiliated Marine Contractors, Inc. (8678); Fleet Pipeline Services, Inc. (2104); Gulf Offshore Construction, Inc. (2106); and CDI Renewables, LLC (4985).

3. During the course of the chapter 11 cases, the Debtors sought and obtained authority to sell certain vessels and other assets.

4. On or about March 2, 2017, the Debtors commenced 136 avoidance actions.

5. On March 8, 2017, the Court entered an order (the "Conversion Order") [D.I. 1728] converting the Debtors' chapter 11 cases to cases under chapter 7 of the Bankruptcy Code, effective as of March 10, 2017.

6. On March 10, 2017, David W. Carickhoff was appointed as the Chapter 7 Trustee of the Debtors [D.I. 1731].

7. Promptly after his appointment, the Trustee undertook steps to transition to a liquidation, including filing motions to use cash collateral, to employ professional advisors, and to reject the Debtors' Houston lease, among others.

8. In addition, the Trustee was substituted as the plaintiff in the avoidance actions. The Trustee has successfully resolved all of the avoidance actions. All but one of the adversary proceedings have been closed. Adversary proceeding no. 17-50188 against defendant Vertex Services LLC ("Vertex") has been settled and the settlement was approved by Order entered on April 22, 2019 [D.I. 2012]. Vertex's settlement payment is due following the resolution of a separate lawsuit, *Vertex Services, LLC v. TETRA Technologies, Inc.*, 17-cv-01527 (S.D. Tex.), and that lawsuit remains pending.

9. On February 10, 2022, the Trustee filed a motion seeking authority to sell certain remnant assets [D.I. 2048].

10. On March 10, 2022, the Court entered an order granting the remnant asset sale motion [D.I. 2055].

11. At this time, the Trustee is focusing his efforts on the remaining wind-up tasks, including reconciling proofs of claim and preparing the estates' final tax returns, so he can close these chapter 7 cases.

| | |
|---|---|
| Dated: October 20, 2022 | ARCHER & GREINER, P.C. |
| | */s/ Bryan J. Hall* |
| | Bryan J. Hall (No. 6285) |
| | 300 Delaware Avenue, Suite 1100 |
| | Wilmington, Delaware 19801 |
| | 302-777-4350 |
| | 302-777-4352 (fax) |
| | bjhall@archerlaw.com |
| | *Counsel for the Chapter 7 Trustee* |

225883333v1

3