IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CAL DIVE INTERNATIONAL, INC., *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 15-10458 (MFW)<br>(Jointly Administered)<br><br>**Objection Deadline: 1/8/2024 at 4:00 p.m. (ET)**<br>**Hearing Date:  1/24/2024 at 2:00 p.m. (ET)** |

**CHAPTER 7 TRUSTEE'S OBJECTION TO CLAIM #62 FILED BY
LOUISIANA DEPARTMENT OF REVENUE**

David W. Carickhoff, the chapter 7 trustee (the "Trustee") of the estates of Cal Dive International, Inc. and its affiliated Debtors, files this objection seeking to disallow proof of claim # 62 (the "Disputed Claim") filed by the Louisiana Department of Revenue on May 15, 2015, as a priority claim in the amount of $25,841.01, because the Disputed Claim has been amended and superseded by proof of claim #72 (the "Surviving Claim"), filed by the State of Louisiana on June 2, 2015.  In support of this Objection, the Trustee respectfully states as follows:

**JURISDICTION**

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(B).  The predicates for the relief requested herein are Bankruptcy Code section 502(b) and Bankruptcy Rule 3007.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Cal Dive International, Inc. (0501); Cal Dive Offshore Contractors, Inc. (4878); Affiliated Marine Contractors, Inc. (8678); Fleet Pipeline Services, Inc. (2104); Gulf Offshore Construction, Inc. (2106); and CDI Renewables, LLC (4985).

**BACKGROUND**

2. On March 3, 2015 (the "Petition Date"), each of the Debtors filed a voluntary petition under chapter 11 of the Bankruptcy Code. The cases are jointly administered under lead case no. 15-10458 [D.I. 57].

3. Until the conversion of the cases, the Debtors and their foreign non-debtor affiliates operated a global marine contractor that provided highly specialized manned diving, pipelay and pipe burial, platform installation and salvage, and well-intervention services to a diverse customer base in the offshore oil and gas industry.

4. On March 8, 2017, the Court entered an order [D.I. 1728] converting the Debtors' chapter 11 cases to cases under chapter 7 of the Bankruptcy Code, effective as of March 10, 2017.

5. On March 10, 2017, David W. Carickhoff was appointed as the Chapter 7 Trustee of the Debtors [D.I. 1731]. The meeting of creditors pursuant to section 341(a) of the Bankruptcy Code was held and concluded on April 19, 2017.

6. Approximately 500 proofs of claim were filed against the Debtors.

**RELIEF REQUESTED AND BASIS FOR RELIEF**

7. The Trustee seeks entry of an order, substantially in the form attached hereto (the "Proposed Order"), pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3001, 3002, 3003 and 3007 disallowing the Disputed Claim because it was amended and superseded by the Surviving Claim. The Surviving Claim specifically states that it amends the Disputed Claim. Both the Disputed Claim and the Surviving Claim assert liability for the same underlying tax debt: corporate state taxes for the tax period ending December 31, 2014. Copies of the Disputed Claim and the Surviving Claim are attached hereto.[2]

---

[2] The Louisiana Department of Revenue also filed claim #419, which is the subject of an omnibus claim objection filed contemporaneously herewith.

8.      The Trustee believes the Louisiana Department of Revenue will suffer no prejudice by having the Disputed Claim disallowed, because the State of Louisiana will retain its rights under the Surviving Claim.  Conversely, if the Disputed Claim is not disallowed, Louisiana could receive a double recovery on account of the same liability, to the detriment of other creditors.

## NOTICE

9.      A copy of the Objection has been served upon: (i) the United States Trustee for the District of Delaware, and (ii) the Louisiana Department of Revenue.  The Trustee submits that no further notice is required.

10.     No prior request for the relief requested in this Objection has been made to this Court or to any other court.

WHEREFORE, the Trustee respectfully requests that the Court enter the Proposed Order, disallowing the Disputed Claim and granting the Trustee such other and further relief as is just and proper.

Dated: December 22, 2023                    CHIPMAN BROWN CICERO & COLE, LLP

*/s/ Bryan J. Hall*
Bryan J. Hall (No. 6285)
Hercules Plaza
1313 N. Market Street, Suite 5400
Wilmington, DE 19801
(302) 295-0191
(302) 295-0199 (fax)
Hall@ChipmanBrown.com

*Proposed Counsel to the Chapter 7 Trustee*

**<u>DISPUTED CLAIM</u>**

**STATE OF LOUISIANA**
**LOUISIANA DEPARTMENT OF REVENUE**

Claim #62  Date Filed: 5/15/2015

| UNITED STATES BANKRUPTCY COURT<br>**Delaware Bankruptcy Court** | **PROOF OF CLAIM** |
|---|---|
| **In Re:** CAL DIVE INTERNATIONAL INC<br><br>**Identifying Number:**  3895380 | **Case Number:**  15-10458<br>**Chapter:**  Chapter 11<br>**Date of Petition:** 3/3/2015 |
| **Where Notices Should be Sent:**<br>P.O. Box 66658<br>Baton Rouge, LA 70896<br>Telephone No. (225) 219-2255 | ☐ Check box if no notice has been received<br>☐ Check box if the address differs from address on envelope received by the court |
| Check here if this claim  ☐ replaces a previously filed claim(s) dated<br>☐ amends a claim dated | |

1. The undersigned is the agent of the Louisiana Department of Revenue and is authorized to make this proof of claim on the behalf of the State of Louisiana, Louisiana Department of Revenue.
2. The debtor is indebted to this claimant in the sum of **$25,841.01** as of the petition date as follows:

    A.  Secured: $0.00
    B.  Unsecured Priority: $25,841.01
    C.  Unsecured General: $0.00

3. The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
4. The ground liability for this debt is taxes due under Title 47 of the Louisiana Revised Statutes.
    **R-return filed**            **E-estimated due to non-filing**            **A-result of audit**
    A.  SECURED CLAIMS (Notice Of State Tax Lien or other security attached)
        See Attached

    C.  UNSECURED PRIORITY CLAIM (Under Section 507(a)(8) of the Bankruptcy Code)
        See Attached

    B.  UNSECURED GENERAL CLAIM
        See Attached

    Penalty to date of petition on unsecured priority claims: **$0.00**
    Penalty to date of petition on unsecured general claims: **$0.00**
5. No note or other negotiable instrument has been received for the account or any part of it, except
6. No judgment has been rendered on this claim, except
7. This claim is not subject to any setoff or counterclaim, except
8. No security interest is held, except for the secured claims listed in item 4A above and
9. To the extent that post petition penalties and interest are nondischargeable and remain unpaid, they may be collectible from the debtor.

| Signature: Amy Prather | Date: 05/07/2015 |
|---|---|
| Title: Revenue Tax Specialist | |

**RECEIVED**
MAY 15 2015

■ Date Stamped Copy Returned
☐ No self addressed stamped envelope
☐ No copy to return

KURTZMAN CARSON CONSULTANTS


1510458150515000000000003

# STATE OF LOUISIANA
## LOUISIANA DEPARTMENT OF REVENUE
### Attachment
### Itemization of Proof of Claim

| In Re: CAL DIVE INTERNATIONAL INC | Case Number: 15-10458 |
|---|---|
| | Chapter: Chapter 11 |
| Identifying Number: 3895380 | Date of Petition: 3/3/2015 |

### A. SECURED CLAIMS (Notice of State Tax Lien or other security attached)

| Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest To Date | Penalty To Date | Credit & Payment | Lien Date | Parish |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

### B. UNSECURED PRIORITY CLAIMS (Under Section 507(a)(8) of the Bankruptcy Code)

| Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest To Date | Penalty To Date | Credit & Payment | Remark |
|---|---|---|---|---|---|---|---|
| Corporate | 12/31/2013 | 4/16/2014 | $20,022.00 | $841.01 | $0.00 | $20,022.00 | R |
| Corporate | 12/31/2014 | | $25,000.00 | $0.00 | $0.00 | $0.00 | E |

### C. UNSECURED GENERAL CLAIMS

| Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest To Date | Penalty To Date | Credit & Payment | Remark |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**SURVIVING CLAIM**

Claim #72  Date Filed: 6/2/2015

**STATE OF LOUISIANA**
**LOUISIANA DEPARTMENT OF REVENUE**

| UNITED STATES BANKRUPTCY COURT<br>**Delaware Bankruptcy Court** | **PROOF OF CLAIM** |
|---|---|
| **In Re:** CAL DIVE INTERNATIONAL INC<br><br>**Identifying Number:**   3895380 | **Case Number:**   15-10458<br>**Chapter:**   Chapter 11<br>**Date of Petition:** 3/3/2015 |
| **Where Notices Should be Sent:**<br>P.O. Box 66658<br>Baton Rouge, LA 70896<br>Telephone No. (225) 219-2255 | ☐ Check box if no notice has been received<br><br>☐ Check box if the address differs from address on envelope received by the court |
| Check here if this claim   ☐ replaces a previously filed claim(s) dated<br>                                     ☒ amends a claim dated 5/7/2015 in the amount of $25,841.01 (claim number 62). ||

1. The undersigned is the agent of the Louisiana Department of Revenue and is authorized to make this proof of claim on the behalf of the State of Louisiana, Louisiana Department of Revenue.
2. The debtor is indebted to this claimant in the sum of **$25,000.00** as of the petition date as follows:

    A. Secured: $0.00
    B. Unsecured Priority: $25,000.00
    C. Unsecured General: $0.00
3. The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
4. The ground liability for this debt is taxes due under Title 47 of the Louisiana Revised Statutes.
    **R-return filed          E-estimated due to non-filing          A-result of audit**
    A. SECURED CLAIMS (Notice Of State Tax Lien or other security attached)
        See Attached

    C. UNSECURED PRIORITY CLAIM (Under Section 507(a)(8) of the Bankruptcy Code)
        See Attached

    B. UNSECURED GENERAL CLAIM
        See Attached

    Penalty to date of petition on unsecured priority claims: **$0.00**
    Penalty to date of petition on unsecured general claims: **$0.00**
5. No note or other negotiable instrument has been received for the account or any part of it, except
6. No judgment has been rendered on this claim, except
7. This claim is not subject to any setoff or counterclaim, except
8. No security interest is held, except for the secured claims listed in item 4A above and
9. To the extent that post petition penalties and interest are nondischargeable and remain unpaid, they may be collectible from the debtor.

**RECEIVED**
**JUN 0 2 2015**
**KURTZMAN CARSON CONSULTANTS**

| Signature:  Amy Prather | Date:   05/27/2015 |
|---|---|
| Title:  Revenue Tax Specialist | |

■ Date Stamped Copy Returned
☐ No self addressed stamped envelope
☐ No copy to return

15104581506020000000000001

STATE OF LOUISIANA
LOUISIANA DEPARTMENT OF REVENUE
Attachment

Itemization of Proof of Claim

| In Re: CAL DIVE INTERNATIONAL INC | Case Number: 15-10458 |
|---|---|
| | Chapter: Chapter 11 |
| Identifying Number: 3895380 | Date of Petition: 3/3/2015 |

### A. SECURED CLAIMS (Notice of State Tax Lien or other security attached)

| Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest To Date | Penalty To Date | Credit & Payment | Lien Date | Parish |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

### B. UNSECURED PRIORITY CLAIMS (Under Section 507(a)(8) of the Bankruptcy Code)

| Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest To Date | Penalty To Date | Credit & Payment | Remark |
|---|---|---|---|---|---|---|---|
| Corporate | 12/31/2014 | | $25,000.00 | $0.00 | $0.00 | $0.00 | E |

### C. UNSECURED GENERAL CLAIMS

| Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest To Date | Penalty To Date | Credit & Payment | Remark |
|---|---|---|---|---|---|---|---|
| | | | | | | | |