# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CAL DIVE INTERNATIONAL, INC., *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 15-10458 (MFW)<br>(Jointly Administered)<br><br>**Re: D.I. 2100** |

## CERTIFICATE OF NO OBJECTION REGARDING CHAPTER 7 TRUSTEE'S OBJECTION TO CLAIM #62 FILED BY LOUISIANA DEPARTMENT OF REVENUE

On December 22, 2023, David W. Carickhoff, the Chapter 7 Trustee of the bankruptcy estates of the above-captioned Debtors, filed the *Chapter 7 Trustee's Objection to Claim #62 Filed by Louisiana Department of Revenue* [D.I. 2100] (the "Claim Objection"). The Claim Objection was served upon the creditor by email and by first class mail.

Pursuant to the Notice served with the Claim Objection, objections to the Claim Objection were to be filed and served no later than January 8, 2024 at 4:00 p.m. (ET). The undersigned hereby certifies, as of the date hereof, he has received no formal or informal objections to the Claim Objection. The undersigned further certifies he has caused the review of the Court's docket in the lead case and no objection or other response to the Claim Objection appears thereon.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Cal Dive International, Inc. (0501); Cal Dive Offshore Contractors, Inc. (4878); Affiliated Marine Contractors, Inc. (8678); Fleet Pipeline Services, Inc. (2104); Gulf Offshore Construction, Inc. (2106); and CDI Renewables, LLC (4985).

WHEREFORE, the Trustee respectfully requests that the Court enter the proposed Order in the form attached to the Claim Objection.

Dated: January 16, 2024					CHIPMAN BROWN CICERO & COLE, LLP

*/s/ Bryan J. Hall*
Bryan J. Hall (No. 6285)
Hercules Plaza
1313 N. Market Street, Suite 5400
Wilmington, Delaware 19801
(302) 295-0191
(302) 295-0199 (fax)
hall@chipmanbrown.com

*Counsel to the Chapter 7 Trustee*