**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CAL DIVE INTERNATIONAL, INC., *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 15-10458 (MFW)<br>(Jointly Administered)<br><br>**Re: D.I. 2100** |

**ORDER SUSTAINING THE CHAPTER 7 TRUSTEE'S OBJECTION TO CLAIM #62 FILED BY LOUISIANA DEPARTMENT OF REVENUE**

Upon consideration of the *Chapter 7 Trustee's Objection to Claim #62 Filed by Louisiana Department of Revenue* (the "<u>Objection</u>")[2], seeking entry of an order disallowing the Disputed Claim #62 filed by the Louisiana Department of Revenue as amended and superseded by the Surviving Claim #72 filed by the State of Louisiana, for the reasons set forth more fully in the Objection and in the attachments thereto; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. § 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of these cases and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the Trustee provided appropriate notice of the Objection and the opportunity to heard on the Objection; and the Court having considered the Objection and any responses thereto; and after due deliberation thereon; and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Cal Dive International, Inc. (0501); Cal Dive Offshore Contractors, Inc. (4878); Affiliated Marine Contractors, Inc. (8678); Fleet Pipeline Services, Inc. (2104); Gulf Offshore Construction, Inc. (2106); and CDI Renewables, LLC (4985).
[2] Capitalized terms not otherwise defined in this Order shall have the meanings ascribed to such terms in the Objection.

1. The Objection is sustained.

2. Disputed Claim #62 filed by the Louisiana Department of Revenue is hereby disallowed.

3. This Court shall retain jurisdiction over all matters arising from or relating to the Objection or the implementation of this Order.

Dated: January 18th, 2024  
Wilmington, Delaware

MARY F. WALRATH  
UNITED STATES BANKRUPTCY JUDGE

2