**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.: 15-10458-MFW
Case Name:  CAL DIVE INTERNATIONAL, INC.
Trustee Name: David Carickhoff

**Balance on hand:**          $          150,743.19

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 192S | 2500 CityWest Blvd, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 57S | Abes Boat Rentals, Inc. | 67,243.36 | 0.00 | 0.00 | 0.00 |
| 356 | B & J Martin, Inc. | 171,645.03 | 0.00 | 0.00 | 0.00 |
| 156 | Cross Services, Inc. | 7,622.93 | 0.00 | 0.00 | 0.00 |
| 226S | Doerle Food Services L.L.C. | 0.00 | 0.00 | 0.00 | 0.00 |
| 347 | Fugro Chance, Inc. | 180,651.06 | 0.00 | 0.00 | 0.00 |
| 132S | Gulf Copper & Manufacturing Corp. | 279,905.00 | 0.00 | 0.00 | 0.00 |
| 286 | Gulf Offshore Logistics, LLC | 29,558.33 | 0.00 | 0.00 | 0.00 |
| 413S | Harris County et al | 15,417.23 | 0.00 | 0.00 | 0.00 |
| 285S | Iron Mountain Information Management, LLC | 2,368.00 | 0.00 | 0.00 | 0.00 |
| 367S | Jefferson County,Clayton E. Mayfield | 244,468.76 | 0.00 | 0.00 | 0.00 |
| 33 | Lloyds Register North Americas, Inc. | 1,707.50 | 0.00 | 0.00 | 0.00 |
| 289S | Louisiana Machinery Co., LLC,Benjamin Kadden,Lugenbuhl | 146,617.56 | 0.00 | 0.00 | 0.00 |
| 165 | Marquette Transportation Company Offshore, LLC | 43,125.00 | 0.00 | 0.00 | 0.00 |
| 231 | Remacut S.R.L | 38,718.40 | 0.00 | 0.00 | 0.00 |
| 74S | Richardson Independent School District,E Calvo | 156.69 | 0.00 | 0.00 | 0.00 |
| 89S | Sabine Pass Independent School District,Owen M. Sonik, | 83,021.69 | 0.00 | 0.00 | 0.00 |
| 42 | SEACOR Marine, LLC | 23,332.80 | 0.00 | 0.00 | 0.00 |
| 44S | Sierra Liquidity Fund, LLC-Assignee & Att-In Fact | 609.27 | 0.00 | 0.00 | 0.00 |
| 45S | Sierra Liquidity Fund, LLC-Assignee & Att-n Fact | 2,204.33 | 0.00 | 0.00 | 0.00 |
| 46S | Sierra Liquidity Fund, LLC-Assignee & Att-n Fact | 10,273.18 | 0.00 | 0.00 | 0.00 |
| 47S | Sierra Liquidity Fund, LLC-Assignee & Att-n Fact | 1,173.17 | 0.00 | 0.00 | 0.00 |
| 239S | Smith Marine Towing Corportation | 680,596.90 | 0.00 | 0.00 | 0.00 |
| 27S | Vanuatu Maritime Services, Ltd. | 9,345.54 | 0.00 | 0.00 | 0.00 |

UST Form 101-7-TFR(5/1/2011)

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 7 | Jefferson County | 261,053.00 | 0.00 | 0.00 | 0.00 |
| 9 | Harris County, et al | 9,927.93 | 0.00 | 0.00 | 0.00 |
| 39 | Lloyds Register North Americas, Inc. | 1,707.50 | 0.00 | 0.00 | 0.00 |
| 54 | "US Bank NA dba US Bank Equipment Finance" | 5,925.00 | 0.00 | 0.00 | 0.00 |
| 70 | Kenneth H. Bratkowski | 15,000,000.00 | 0.00 | 0.00 | 0.00 |
| 86 | Jeffrey Allen Mauldin | 0.00 | 0.00 | 0.00 | 0.00 |
| 90 | Liberty Mutual Insurance Co. | 0.00 | 0.00 | 0.00 | 0.00 |
| 100 | Adam E. Tuma | 0.00 | 0.00 | 0.00 | 0.00 |
| 130 | Jacob O Neil | 0.00 | 0.00 | 0.00 | 0.00 |
| 175 | LLOG Exploration Offshore, LLC (formerly, LLOG Exploration Offshore, Inc) | 0.00 | 0.00 | 0.00 | 0.00 |
| 204 | C&G Welding, Inc. | 45,798.25 | 0.00 | 0.00 | 0.00 |
| 223-1 | McDonough Project Services, LP | 0.00 | 0.00 | 0.00 | 0.00 |
| 238 | Central Gulf Towing LLC | 25,289.41 | 0.00 | 0.00 | 0.00 |
| 247-1 | Doerle Food Services L.L.C. | 0.00 | 0.00 | 0.00 | 0.00 |
| 254-1 | "Marmac, LLC d/b/a McDonough Marine Services" | 0.00 | 0.00 | 0.00 | 0.00 |
| 260-1 | McDonough Project Services, LP | 0.00 | 0.00 | 0.00 | 0.00 |
| 264 | United Tugs, Inc. | 0.00 | 0.00 | 0.00 | 0.00 |
| 267 | Gulf Resource Management Inc. | 230,223.40 | 0.00 | 0.00 | 0.00 |
| 279 | Cochrane Technologies, Inc. | 345,915.17 | 0.00 | 0.00 | 0.00 |
| 305 | Capital One, N.A. | 6,653,333.33 | 0.00 | 0.00 | 0.00 |
| 328 | ExxonMobil Production Company, a division of Exxon Mobil Corporation" | 0.00 | 0.00 | 0.00 | 0.00 |
| 333-1 | McDonough Project Services, LP | 0.00 | 0.00 | 0.00 | 0.00 |
| 339-1 | "Marmac, LLC d/b/a McDonough Marine Services" | 0.00 | 0.00 | 0.00 | 0.00 |
| 345 | Bollinger Morgan City, LLC | 209,708.60 | 0.00 | 0.00 | 0.00 |
| 346 | Bollinger Morgan City, LLC | 72,700.35 | 0.00 | 0.00 | 0.00 |
| 348 | Bollinger Morgan City, LLC | 1,392,184.68 | 0.00 | 0.00 | 0.00 |
| 349 | Bollinger Morgan City, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 353 | Destry Tislow | 0.00 | 0.00 | 0.00 | 0.00 |
| 357 | Destry Tislow | 0.00 | 0.00 | 0.00 | 0.00 |
| 362 | Gay, Robert K | 87,500.00 | 0.00 | 0.00 | 0.00 |
| 365 | 2500 CityWest Blvd, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 219 | Marmac, LLC d/b/a McDonough Marine Services" | 0.00 | 0.00 | 0.00 | 0.00 |
| BOA - Secured | Bank of America, N.A. | 99,800,000.00 | 1,629,262.41 | 1,629,262.41 | 0.00 |

UST Form 101-7-TFR(5/1/2011)

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 150,743.19

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - David Carickhoff | 100,383.16 | 0.00 | 100,383.16 |
| Attorney for Trustee Fees - Archer & Greiner, P.C. | 177,869.50 | 177,869.50 | 0.00 |
| Attorney for Trustee, Expenses - Archer & Greiner, P.C. | 9,100.88 | 9,100.88 | 0.00 |
| Accountant for Trustee Fees (Other Firm) - Eisner & Amper | 238,816.23 | 238,816.23 | 0.00 |
| Accountant for Trustee Expenses (Other Firm) - Eisner & Amper | 9,214.76 | 9,214.76 | 0.00 |

Total to be paid for chapter 7 administrative expenses: $ 100,383.16
Remaining balance: $ 50,360.03

**UST Form 101-7-TFR(5/1/2011)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Prior Chapter Trustee Compensation  - Sterling Equipment, Inc. | 0.00 | 0.00 | 0.00 |
| Prior Chapter Trade Debt - Smith Marine Towing Corportation | 334,744.30 | 0.00 | 42,190.49 |
| Other Prior Chapter Administrative Expenses - Alpha Rentals, LLC | 0.00 | 0.00 | 0.00 |
| Other Prior Chapter Administrative Expenses - Doerle Food Services L.L.C. | 0.00 | 0.00 | 0.00 |
| Other Prior Chapter Administrative Expenses - EASTEX RUBBER & GASKET INC | 0.00 | 0.00 | 0.00 |
| Other Prior Chapter Administrative Expenses - HARGER HOWE & ASSOC, INC | 0.00 | 0.00 | 0.00 |
| Other Prior Chapter Administrative Expenses - Industrial Diesel, Inc. | 21,405.48 | 0.00 | 2,697.91 |
| Other Prior Chapter Administrative Expenses - Louisiana Department of Revenue | 26,141.28 | 0.00 | 3,294.79 |
| Other Prior Chapter Administrative Expenses - ROCKSAW INTERNATIONAL CONTRACTORS INC | 0.00 | 0.00 | 0.00 |
| Other Prior Chapter Administrative Expenses - Sungard Availability Services, LP | 10,861.29 | 0.00 | 1,368.94 |
| Other Prior Chapter Administrative Expenses - Toney Leon Alleman, MD | 6,410.00 | 0.00 | 807.90 |
| Other Prior Chapter Administrative Expenses - W.W. Grainger, Inc. | 0.00 | 0.00 | 0.00 |
| Other Prior Chapter Administrative Expenses - Marmac, LLC d/b/a McDonough Marine Services" | 0.00 | 0.00 | 0.00 |
| Other Prior Chapter Administrative Expenses - McDonough Project Services, LP | 0.00 | 0.00 | 0.00 |
| Other Prior Chapter Administrative Expenses - Doerle Food Services L.L.C. | 0.00 | 0.00 | 0.00 |
| Other Prior Chapter Administrative Expenses - Marmac, LLC d/b/a McDonough Marine Services | 0.00 | 0.00 | 0.00 |
| Other Prior Chapter Administrative Expenses - McDonough Project Services, LP | 0.00 | 0.00 | 0.00 |
| Other Prior Chapter Administrative Expenses - McDonough Project Services, LP | 0.00 | 0.00 | 0.00 |
| Other Prior Chapter Administrative Expenses - "Marmac, LLC d/b/a McDonough Marine Services" | 0.00 | 0.00 | 0.00 |

Total to be paid for prior chapter administrative expenses:  $      50,360.03

Remaining balance:  $      0.00

**UST Form 101-7-TFR(5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $368,142.90 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 14 | Lafayette Parish Tax Collector | 0.00 | 0.00 | 0.00 |
| 16P | Kenneth H. Bratkowski | 0.00 | 0.00 | 0.00 |
| 18 | Baton Rouge Industries, Inc. | 0.00 | 0.00 | 0.00 |
| 62 | Louisiana Department of Revenue | 0.00 | 0.00 | 0.00 |
| 63-1 | Dallas County, Linebarger Goggan Blair & Sampson, | 78.53 | 0.00 | 0.00 |
| 72 | State of Louisiana | 25,000.00 | 0.00 | 0.00 |
| 74P | Richardson Independent School District,E Calvo | 156.69 | 0.00 | 0.00 |
| 89P | Sabine Pass Independent School District,Owen M. Sonik, | 83,021.69 | 0.00 | 0.00 |
| 138 | Corlin, Jeremiah T | 0.00 | 0.00 | 0.00 |
| 143P | FIBA TECHNOLOGIES | 0.00 | 0.00 | 0.00 |
| 199 | Russell E. Vandiver | 0.00 | 0.00 | 0.00 |
| 367P | Jefferson County,Clayton E. Mayfield | 244,468.76 | 0.00 | 0.00 |
| 413P | Harris County et al | 15,417.23 | 0.00 | 0.00 |

Total to be paid for priority claims:    $            0.00
Remaining balance:    $            0.00

UST Form 101-7-TFR(5/1/2011)

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $113,868,405.15 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | TSL Advisers, LLC | 451,839.19 | 0.00 | 0.00 |
| 1-1 | Offshore Rental, LLC f/k/a Offshore Rental, Ltd. | 0.00 | 0.00 | 0.00 |
| 2 | Cajun Cutters Inc. | 0.00 | 0.00 | 0.00 |
| 3 | TDW Services, Inc. | 0.00 | 0.00 | 0.00 |
| 4 | Stewart & Stevenson LLC | 0.00 | 0.00 | 0.00 |
| 5 | McMaster-Carr Supply Company | 0.00 | 0.00 | 0.00 |
| 8 | Kilgore Marine Services, LLC | 0.00 | 0.00 | 0.00 |
| 10 | Unique System, LLC | 0.00 | 0.00 | 0.00 |
| 11 | H & E Equipment Services, Inc | 0.00 | 0.00 | 0.00 |
| 12 | Loran - Gulf Coast Holding Company, Inc. | 0.00 | 0.00 | 0.00 |
| 13 | PEC Premier Safety Operations, LLC | 2,990.00 | 0.00 | 0.00 |
| 15 | UNI Americas LLC | 3,516.69 | 0.00 | 0.00 |
| 16U | Kenneth H. Bratkowski | 15,000,000.00 | 0.00 | 0.00 |
| 19 | Pitney Bowes Incorporated | 3,170.03 | 0.00 | 0.00 |
| 20 | Premier Concrete Products, Inc. | 0.00 | 0.00 | 0.00 |
| 22 | A&M Dockside Repair, Inc. | 0.00 | 0.00 | 0.00 |
| 23 | Softchoice | 0.00 | 0.00 | 0.00 |
| 24 | Praxair Inc | 0.00 | 0.00 | 0.00 |
| 25 | Aattaboy Termite & Pest Control, Inc. | 0.00 | 0.00 | 0.00 |
| 26 | Business Wire, Inc. | 0.00 | 0.00 | 0.00 |
| 27U | Vanuatu Maritime Services, Ltd. | 0.00 | 0.00 | 0.00 |
| 28 | Aattaboy Termite & Pest Control, Inc. | 0.00 | 0.00 | 0.00 |
| 31 | W&O Supply | 0.00 | 0.00 | 0.00 |
| 32 | Aattaboy Termite & Pest Control, Inc. | 0.00 | 0.00 | 0.00 |
| 34 | DS Services/Kentwood Div. | 280.40 | 0.00 | 0.00 |
| 35 | Intercall | 0.00 | 0.00 | 0.00 |
| 36 | Motion Industries, Inc. | 0.00 | 0.00 | 0.00 |
| 37 | EnviroCal, Inc. | 0.00 | 0.00 | 0.00 |
| 38 | Grand Isle Shipyard Inc. | 0.00 | 0.00 | 0.00 |
| 40 | Clarkson Research Services Ltd | 0.00 | 0.00 | 0.00 |

UST Form 101-7-TFR(5/1/2011)

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 41 | Whitco Supply, LLC | 0.00 | 0.00 | 0.00 |
| 43 | Juneau Marine Refrigeration A/C | 822.50 | 0.00 | 0.00 |
| 44U | Sierra Liquidity Fund, LLC-Assignee & Att-In Fact | 609.27 | 0.00 | 0.00 |
| 45U | Sierra Liquidity Fund, LLC-Assignee & Att-n Fact | 2,204.33 | 0.00 | 0.00 |
| 46U | Sierra Liquidity Fund, LLC-Assignee & Att-n Fact | 10,273.18 | 0.00 | 0.00 |
| 47U | Sierra Liquidity Fund, LLC-Assignee & Att-n Fact | 1,173.17 | 0.00 | 0.00 |
| 48 | DISA Global Solutions, Inc. | 0.00 | 0.00 | 0.00 |
| 50 | Liberty Mutual Insurance Co. | 0.00 | 0.00 | 0.00 |
| 51 | Level 3 Communications, LLC as Successor | 0.00 | 0.00 | 0.00 |
| 52 | Brock Services, LLC | 0.00 | 0.00 | 0.00 |
| 53 | Nance International, Inc. | 0.00 | 0.00 | 0.00 |
| 53-1 | Alpha Rentals LLC | 0.00 | 0.00 | 0.00 |
| 54-1 | "US Bank NA dba US Bank Equipment Finance" | 0.00 | 0.00 | 0.00 |
| 55 | UnitedHealthcare Insurance Company/UHC Global | 1,049.67 | 0.00 | 0.00 |
| 57U | Abes Boat Rentals, Inc. | 0.00 | 0.00 | 0.00 |
| 57-1 | Marine Systems, Inc. | 0.00 | 0.00 | 0.00 |
| 58 | White Wing Inspection, Inc. | 0.00 | 0.00 | 0.00 |
| 58-1 | Seagull Marine, Inc. | 0.00 | 0.00 | 0.00 |
| 59 | SHI INTERNATIONAL CORP | 0.00 | 0.00 | 0.00 |
| 59-1 | John W. Stone Oil Distributor, LLC | 0.00 | 0.00 | 0.00 |
| 60-1 | Safety Management Systems, LLC | 0.00 | 0.00 | 0.00 |
| 61-1 | AQUA TECH SERVICES | 0.00 | 0.00 | 0.00 |
| 63 | Bayou Boeuf Electric, LLC | 0.00 | 0.00 | 0.00 |
| 65 | KVH Media Group International LTD | 2,650.00 | 0.00 | 0.00 |
| 66 | MEI Equipment, Inc. | 0.00 | 0.00 | 0.00 |
| 67 | United Parcel Service | 116.46 | 0.00 | 0.00 |
| 68 | ADP Commercial Leasing LLC | 0.00 | 0.00 | 0.00 |
| 71 | Vertex Services, LLC. | 0.00 | 0.00 | 0.00 |
| 75 | RAE Security | 0.00 | 0.00 | 0.00 |
| 76 | Harris Refrigeration Service, Inc. | 0.00 | 0.00 | 0.00 |
| 77 | Fire & Safety Specialists, Inc. | 0.00 | 0.00 | 0.00 |
| 78 | Seatronics Inc. | 0.00 | 0.00 | 0.00 |
| 79 | Airgas USA LLC Central Division | 0.00 | 0.00 | 0.00 |
| 80 | Airgas USA LLC Central Division | 0.00 | 0.00 | 0.00 |

UST Form 101-7-TFR(5/1/2011)

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 81 | Helwig Carbon Products, Inc | 0.00 | 0.00 | 0.00 |
| 82 | Coburn Supply Company | 0.00 | 0.00 | 0.00 |
| 83 | LSI Computers, Inc | 0.00 | 0.00 | 0.00 |
| 84 | Wells Fargo Shareowner Services | 0.00 | 0.00 | 0.00 |
| 85 | Fidelity Investment Institutional Operations Company, Inc. | 0.00 | 0.00 | 0.00 |
| 87 | Devon Energy Production Company, L.P. | 14,700.00 | 0.00 | 0.00 |
| 88 | AT&T Mobility II LLC | 0.00 | 0.00 | 0.00 |
| 90.1 | Liberty Mutual Insurance Co. | 0.00 | 0.00 | 0.00 |
| 91 | Vincent E. Rhynes | 0.00 | 0.00 | 0.00 |
| 92 | Astrium Services Business Communications Inc. | 0.00 | 0.00 | 0.00 |
| 95 | MARINE URETHANE, INC | 0.00 | 0.00 | 0.00 |
| 96 | Remote Logistics International, LLC | 0.00 | 0.00 | 0.00 |
| 98 | SEPARATOR SPARES & EQUIPMENT LLC | 0.00 | 0.00 | 0.00 |
| 99 | ACTION SPECIALTIES LLC | 0.00 | 0.00 | 0.00 |
| 102 | ABDALLA, ALBAN | 0.00 | 0.00 | 0.00 |
| 103 | QUEST OFFSHORE RESOURCES, INC | 0.00 | 0.00 | 0.00 |
| 104 | DANMAR INDUSTRIES | 0.00 | 0.00 | 0.00 |
| 105 | K & J SUPPLIES LLC | 0.00 | 0.00 | 0.00 |
| 107 | SHUMAN CONSULTING SERVICES LP | 0.00 | 0.00 | 0.00 |
| 109 | Alatas Americas Inc. | 0.00 | 0.00 | 0.00 |
| 110U | W.W. Grainger, Inc. | 43,578.36 | 0.00 | 0.00 |
| 118 | Unique System, LLC | 0.00 | 0.00 | 0.00 |
| 120 | EBI CRANE SERVICES LLC | 0.00 | 0.00 | 0.00 |
| 121 | E & E Machine Shop & Services, LLC | 0.00 | 0.00 | 0.00 |
| 122 | Thomas Pump & Machinery, Inc. | 0.00 | 0.00 | 0.00 |
| 123 | "United Production & Construction Services, Inc." | 0.00 | 0.00 | 0.00 |
| 124 | Business Wire, Inc. | 6,701.25 | 0.00 | 0.00 |
| 127 | FIRE PROTECTION SERVICE, INC | 0.00 | 0.00 | 0.00 |
| 132U | Gulf Copper & Manufacturing Corp. | 13,892.00 | 0.00 | 0.00 |
| 133 | PURVIS INDUSTRIES | 0.00 | 0.00 | 0.00 |
| 134 | FALCK SAFETY SERVICES | 0.00 | 0.00 | 0.00 |
| 135 | SHIPPER OWNED CONTAINER, LLC | 0.00 | 0.00 | 0.00 |

UST Form 101-7-TFR(5/1/2011)

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 136 | WET TECH ENERGY INC | 0.00 | 0.00 | 0.00 |
| 140 | Silver Point Finance, LLC | 308,603.75 | 0.00 | 0.00 |
| 141 | BAUER - PILECO INC | 0.00 | 0.00 | 0.00 |
| 142 | Compass Group USA dba Eurest Support Services | 0.00 | 0.00 | 0.00 |
| 143U | FIBA TECHNOLOGIES | 123,200.00 | 0.00 | 0.00 |
| 143U | FIBA TECHNOLOGIES | 92.93 | 0.00 | 0.00 |
| 144 | CAPITAL VALVE & FITTING CO, LLC | 0.00 | 0.00 | 0.00 |
| 147 | Diversified Business Communications | 0.00 | 0.00 | 0.00 |
| 148 | Praxair Distribution Inc. | 0.00 | 0.00 | 0.00 |
| 149 | The Bank of New York Mellon Trust Co, N.A Indenture Trustee | 88,969,270.83 | 0.00 | 0.00 |
| 150 | Chas R Havnen & Assoc, Inc | 0.00 | 0.00 | 0.00 |
| 152 | HORNBECK OFFSHORE OPERATORS, LLC | 0.00 | 0.00 | 0.00 |
| 154 | FedEx TechConnect, Inc. | 0.00 | 0.00 | 0.00 |
| 155 | Guardian Life Insurance Company of America | 452.94 | 0.00 | 0.00 |
| 158 | B & J Martin, Inc. | 0.00 | 0.00 | 0.00 |
| 160 | PT PERTALAHAN ARNEBATARA NATUNA | 0.00 | 0.00 | 0.00 |
| 161 | MANAGEMENT SYSTEMS CONSULTING | 0.00 | 0.00 | 0.00 |
| 163 | FLANGE SKILLETS INTERNATIONAL, INC | 0.00 | 0.00 | 0.00 |
| 164 | Cashman Equipment Corp | 0.00 | 0.00 | 0.00 |
| 166 | Merrill Communications LLC | 218.72 | 0.00 | 0.00 |
| 167 | James M. Howell | 0.00 | 0.00 | 0.00 |
| 168 | TEAM INDUSTRIAL SERVICES INC | 0.00 | 0.00 | 0.00 |
| 170 | Cashman Equipment Corp | 0.00 | 0.00 | 0.00 |
| 171 | NATURE ENVIRONMENTAL & MARINE SERVICES, LLC | 0.00 | 0.00 | 0.00 |
| 173 | PETRON INDUSTRIES INC | 3,492.00 | 0.00 | 0.00 |
| 174 | TOTAL SAFETY US, INC | 0.00 | 0.00 | 0.00 |
| 175-1 | "LLOG Exploration Offshore, LLC (formerly, LLOG Exploration Offshore, Inc)" | 0.00 | 0.00 | 0.00 |
| 176 | JMJ ASSOCIATES LLC | 32,339.89 | 0.00 | 0.00 |
| 177 | Hydro-Ram, Inc. | 362,460.00 | 0.00 | 0.00 |
| 179 | ROLLS-ROYCE MARINE NORTH AMERICA | 216,460.93 | 0.00 | 0.00 |
| 181 | FASTENAL INDUSTRIAL & CONSTRUCTION SUPPLY | 0.00 | 0.00 | 0.00 |

UST Form 101-7-TFR(5/1/2011)

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 183 | Seacor Marine LLC | 0.00 | 0.00 | 0.00 |
| 184 | GREEN MARINE & INDUSTRIAL EQUIPMENT CO.,INC | 0.00 | 0.00 | 0.00 |
| 185 | MARINE SYSTEMS, INC | 0.00 | 0.00 | 0.00 |
| 186 | AGGREKO, LLC | 0.00 | 0.00 | 0.00 |
| 188 | Omega Natchiq, Inc. | 0.00 | 0.00 | 0.00 |
| 190 | Russel M. Sohikian | 0.00 | 0.00 | 0.00 |
| 191 | Fisher & Phillips LLP | 0.00 | 0.00 | 0.00 |
| 192U | 2500 CityWest Blvd, LLC | 383,601.48 | 0.00 | 0.00 |
| 195 | BellSouth Telecommunications, Inc. | 291.29 | 0.00 | 0.00 |
| 197 | William E. Breen | 0.00 | 0.00 | 0.00 |
| 199-1 | Russell E. Vandiver | 0.00 | 0.00 | 0.00 |
| 200 | TECH OIL PRODUCTS, INC | 0.00 | 0.00 | 0.00 |
| 201 | CENTRAL BOAT RENTALS INC | 0.00 | 0.00 | 0.00 |
| 203 | DREYFUS CORTNEY, INC | 0.00 | 0.00 | 0.00 |
| 206 | Microsoft Co & Licensing, GP, a subsidiary of Microsoft Corp | 0.00 | 0.00 | 0.00 |
| 207 | Greenes Energy Group LLC | 0.00 | 0.00 | 0.00 |
| 219-1 | Marmac, LLC d/b/a McDonough Marine Services" | 0.00 | 0.00 | 0.00 |
| 223-2 | McDonough Project Services, LP | 0.00 | 0.00 | 0.00 |
| 226U | Doerle Food Services L.L.C. | 0.00 | 0.00 | 0.00 |
| 227 | WALKER, JOSEPH W | 0.00 | 0.00 | 0.00 |
| 228U | Sungard Availability Services, LP | 238.71 | 0.00 | 0.00 |
| 230 | Laborde Marine Management, LLC | 0.00 | 0.00 | 0.00 |
| 233 | Harris CapRock Communications, Inc.,Hoover Slovacek LLP | 982.48 | 0.00 | 0.00 |
| 234U | HARGER HOWE & ASSOC, INC | 6,113.78 | 0.00 | 0.00 |
| 239 | SCHMIDT, ANDREW | 0.00 | 0.00 | 0.00 |
| 239U | Smith Marine Towing Corportation | 0.00 | 0.00 | 0.00 |
| 240 | A. Lamb Associates Ltd | 0.00 | 0.00 | 0.00 |
| 247-2 | Doerle Food Services L.L.C. | 0.00 | 0.00 | 0.00 |
| 254-2 | "Marmac, LLC d/b/a McDonough Marine Services" | 0.00 | 0.00 | 0.00 |
| 260-2 | McDonough Project Services, LP | 0.00 | 0.00 | 0.00 |
| 268U | ROCKSAW INTERNATIONAL CONTRACTORS INC | 4,840,000.00 | 0.00 | 0.00 |
| 270 | OFFSHORE SUPPLIERS INC | 0.00 | 0.00 | 0.00 |
| 272 | Sterling Equipment, Inc. | 0.00 | 0.00 | 0.00 |
| 277 | KONGSBERG MARITIME, INC | 0.00 | 0.00 | 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 280 | International Marine Systems, LLC | 592.50 | 0.00 | 0.00 |
| 281 | AMERICAN RECOVERY | 0.00 | 0.00 | 0.00 |
| 285U | Iron Mountain Information Management, LLC | 13,503.48 | 0.00 | 0.00 |
| 287 | Edwards, Thomas R. | 0.00 | 0.00 | 0.00 |
| 288 | ACE American Insurance Company | 0.00 | 0.00 | 0.00 |
| 289U | Louisiana Machinery Co., LLC,Benjamin Kadden,Lugenbuhl | 146,617.56 | 0.00 | 0.00 |
| 290 | LAD Services of Louisiana, LLC | 0.00 | 0.00 | 0.00 |
| 291 | AHC SERVICES LLC | 0.00 | 0.00 | 0.00 |
| 293 | Sterling Equipment, Inc. | 0.00 | 0.00 | 0.00 |
| 296 | De Lage Landen Financial Services dba Digitec Off Solutions | 15,725.47 | 0.00 | 0.00 |
| 299 | ULINE | 301.27 | 0.00 | 0.00 |
| 305-1 | Capital One, N.A. | 0.00 | 0.00 | 0.00 |
| 306 | MacTech, Inc,Ware Jackson Lee O Neill Smith & Barrow | 0.00 | 0.00 | 0.00 |
| 307 | Zentech, Inc. | 0.00 | 0.00 | 0.00 |
| 308 | Zentech, Inc. | 0.00 | 0.00 | 0.00 |
| 310 | McMoRan Oil & Gas, LLC | 0.00 | 0.00 | 0.00 |
| 311 | NI Welding Supply, LLC | 157,758.58 | 0.00 | 0.00 |
| 319 | Chevron North America Exploration & Prod Co | 0.00 | 0.00 | 0.00 |
| 321 | Devall Diesel Services | 0.00 | 0.00 | 0.00 |
| 322 | "ASPEN AMERICAN INSURANCE COMPANY" | 0.00 | 0.00 | 0.00 |
| 324 | Bohrer Brady LLC | 2,187,491.45 | 0.00 | 0.00 |
| 327 | Aqua Tech Services, LLC | 0.00 | 0.00 | 0.00 |
| 328S | ExxonMobil Production Company,Exxon Mobil | 1.00 | 0.00 | 0.00 |
| 328U | ExxonMobil Production Company,Exxon Mobil | 0.00 | 0.00 | 0.00 |
| 333-2 | McDonough Project Services, LP | 0.00 | 0.00 | 0.00 |
| 339-2 | Marmac, LLC d/b/a McDonough Marine Services | 0.00 | 0.00 | 0.00 |
| 342 | 3PS, INC | 0.00 | 0.00 | 0.00 |
| 344 | ENERMECH MECHANICAL SERVICES, INC. | 0.00 | 0.00 | 0.00 |
| 350 | Wholesale Electric Supply Co of Houston | 0.00 | 0.00 | 0.00 |
| 351 | Adriatic Marine, LLC | 0.00 | 0.00 | 0.00 |
| 352 | EQUIVALENT DATA LLC | 0.00 | 0.00 | 0.00 |

UST Form 101-7-TFR(5/1/2011)

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 355 | PUMP SYSTEMS, INC | 0.00 | 0.00 | 0.00 |
| 358 | United States Coast Guard | 1,905.05 | 0.00 | 0.00 |
| 359 | US Bank NA dba US Bank Equipment Finance | 66,124.42 | 0.00 | 0.00 |
| 361 | PRIME TANK LLC | 0.00 | 0.00 | 0.00 |
| 363 | Seatran Marine, LLC | 0.00 | 0.00 | 0.00 |
| 364 | Pitney Bowes Global Financial Services LLC | 4,087.85 | 0.00 | 0.00 |
| 365 | 2500 CityWest Blvd, LLC | 383,601.48 | 0.00 | 0.00 |
| 369 | Business Wire, Inc. | 4,575.00 | 0.00 | 0.00 |
| 370 | Pitney Bowes Global Financial Services LLC | 2,719.81 | 0.00 | 0.00 |
| 372 | Alexander/Ryan Marine & Safety,LLC-A Division of Drew | 0.00 | 0.00 | 0.00 |
| 373 | Alexander/Ryan Marine & Safety,LLC-A Division of Drew | 0.00 | 0.00 | 0.00 |
| 374 | Alexander/Ryan Marine & Safety,LLC-A Division of Drew | 0.00 | 0.00 | 0.00 |
| 375 | Alexander/Ryan Marine & Safety,LLC-A Division of Drew | 0.00 | 0.00 | 0.00 |
| 376 | Alexander/Ryan Marine & Safety,LLC-A Division of Drew | 0.00 | 0.00 | 0.00 |
| 377 | Alexander/Ryan Marine & Safety,LLC-A Division of Drew | 0.00 | 0.00 | 0.00 |
| 378 | Alexander/Ryan Marine & Safety,LLC-A Division of Drew | 0.00 | 0.00 | 0.00 |
| 379 | Alexander/Ryan Marine & Safety,LLC-A Division of Drew | 0.00 | 0.00 | 0.00 |
| 380 | Alexander/Ryan Marine & Safety,LLC-A Division of Drew | 0.00 | 0.00 | 0.00 |
| 381 | Alexander/Ryan Marine & Safety,LLC-A Division of Drew | 0.00 | 0.00 | 0.00 |
| 382 | Alexander/Ryan Marine & Safety,LLC-A Division of Drew | 0.00 | 0.00 | 0.00 |
| 383 | Alexander/Ryan Marine & Safety,LLC-A Division of Drew | 0.00 | 0.00 | 0.00 |
| 384 | Alexander/Ryan Marine & Safety,LLC-A Division of Drew | 0.00 | 0.00 | 0.00 |
| 385 | Alexander/Ryan Marine & Safety,LLC-A Division of Drew | 0.00 | 0.00 | 0.00 |
| 386 | Alexander/Ryan Marine & Safety,LLC-A Division of Drew | 0.00 | 0.00 | 0.00 |
| 387 | Alexander/Ryan Marine & Safety,LLC-A Division of Drew | 0.00 | 0.00 | 0.00 |
| 388 | Alexander/Ryan Marine & Safety,LLC-A Division of Drew | 0.00 | 0.00 | 0.00 |
| 389 | Alexander/Ryan Marine & Safety,LLC-A Division of Drew | 0.00 | 0.00 | 0.00 |

UST Form 101-7-TFR(5/1/2011)

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 390 | Alexander/Ryan Marine & Safety,LLC-A Division of Drew | 0.00 | 0.00 | 0.00 |
| 391 | Alexander/Ryan Marine & Safety,LLC-A Division of Drew | 0.00 | 0.00 | 0.00 |
| 392 | Alexander/Ryan Marine & Safety,LLC-A Division of Drew | 0.00 | 0.00 | 0.00 |
| 393 | Alexander/Ryan Marine & Safety,LLC-A Division of Drew | 0.00 | 0.00 | 0.00 |
| 394 | Alexander/Ryan Marine & Safety,LLC-A Division of Drew | 0.00 | 0.00 | 0.00 |
| 395 | Alexander/Ryan Marine & Safety,LLC-A Division of Drew | 0.00 | 0.00 | 0.00 |
| 396 | Alexander/Ryan Marine & Safety,LLC-A Division of Drew | 0.00 | 0.00 | 0.00 |
| 397 | Alexander/Ryan Marine & Safety,LLC-A Division of Drew | 0.00 | 0.00 | 0.00 |
| 398 | Alexander/Ryan Marine & Safety,LLC-A Division of Drew | 0.00 | 0.00 | 0.00 |
| 399 | Alexander/Ryan Marine & Safety,LLC-A Division of Drew | 0.00 | 0.00 | 0.00 |
| 400 | Alexander/Ryan Marine & Safety,LLC-A Division of Drew | 0.00 | 0.00 | 0.00 |
| 401 | Alexander/Ryan Marine & Safety,LLC-A Division of Drew | 0.00 | 0.00 | 0.00 |
| 402 | Alexander/Ryan Marine & Safety,LLC-A Division of Drew | 0.00 | 0.00 | 0.00 |
| 403 | Alexander/Ryan Marine & Safety,LLC-A Division of Drew | 0.00 | 0.00 | 0.00 |
| 404 | Alexander/Ryan Marine & Safety,LLC-A Division of Drew | 0.00 | 0.00 | 0.00 |
| 405 | Alexander/Ryan Marine & Safety,LLC-A Division of Drew | 0.00 | 0.00 | 0.00 |
| 406 | Alexander/Ryan Marine & Safety,LLC-A Division of Drew | 0.00 | 0.00 | 0.00 |
| 407 | Alexander/Ryan Marine & Safety,LLC-A Division of Drew | 0.00 | 0.00 | 0.00 |
| 408 | Alexander/Ryan Marine & Safety,LLC-A Division of Drew | 0.00 | 0.00 | 0.00 |
| 409 | Alexander/Ryan Marine & Safety,LLC-A Division of Drew | 0.00 | 0.00 | 0.00 |
| 410 | Alexander/Ryan Marine & Safety,LLC-A Division of Drew | 0.00 | 0.00 | 0.00 |
| 411 | Alexander/Ryan Marine & Safety,LLC-A Division of Drew | 0.00 | 0.00 | 0.00 |
| 412 | Alexander/Ryan Marine & Safety,LLC-A Division of Drew | 0.00 | 0.00 | 0.00 |
| 415 | Ramtec Marine Systems LLC | 0.00 | 0.00 | 0.00 |
| 418U | Toney Leon Alleman, MD | 76,014.00 | 0.00 | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**

Total to be paid for timely general unsecured claims:     $              0.00
Remaining balance:                                        $              0.00

**UST Form 101-7-TFR(5/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $112,973.46 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3-1 | Alexander/Ryan Marine AND Safety LLC | 540.40 | 0.00 | 0.00 |
| 4-1 | Alexander/Ryan Marine AND Safety LLC | 3,011.69 | 0.00 | 0.00 |
| 5-1 | Alexander/Ryan Marine AND Safety LLC | 2,455.08 | 0.00 | 0.00 |
| 6-1 | Alexander/Ryan Marine AND Safety LLC | 1,117.97 | 0.00 | 0.00 |
| 7-1 | Alexander/Ryan Marine AND Safety LLC | 792.59 | 0.00 | 0.00 |
| 8-1 | Alexander/Ryan Marine AND Safety LLC | 71.00 | 0.00 | 0.00 |
| 9-1 | Alexander/Ryan Marine AND Safety LLC | 74.40 | 0.00 | 0.00 |
| 10-1 | Alexander/Ryan Marine AND Safety LLC | 303.51 | 0.00 | 0.00 |
| 11-1 | Alexander/Ryan Marine AND Safety LLC | 751.99 | 0.00 | 0.00 |
| 12-1 | Alexander/Ryan Marine AND Safety LLC | 462.61 | 0.00 | 0.00 |
| 13-1 | Alexander/Ryan Marine AND Safety LLC | 181.64 | 0.00 | 0.00 |
| 14-1 | Alexander/Ryan Marine AND Safety LLC | 282.30 | 0.00 | 0.00 |
| 15-1 | Alexander/Ryan Marine AND Safety LLC | 40.68 | 0.00 | 0.00 |
| 16-1 | Alexander/Ryan Marine AND Safety LLC | 1,280.00 | 0.00 | 0.00 |
| 17-1 | Alexander/Ryan Marine AND Safety LLC | 2,112.80 | 0.00 | 0.00 |
| 18-1 | Alexander/Ryan Marine AND Safety LLC | 204.00 | 0.00 | 0.00 |
| 19-1 | Alexander/Ryan Marine AND Safety LLC | 773.08 | 0.00 | 0.00 |
| 20-1 | Alexander/Ryan Marine AND Safety LLC | 383.09 | 0.00 | 0.00 |
| 21-1 | Alexander/Ryan Marine AND Safety LLC | 2,655.00 | 0.00 | 0.00 |
| 22-1 | Alexander/Ryan Marine AND Safety LLC | 220.75 | 0.00 | 0.00 |
| 23-1 | Alexander/Ryan Marine AND Safety LLC | 135.25 | 0.00 | 0.00 |
| 24-1 | Alexander/Ryan Marine AND Safety LLC | 276.00 | 0.00 | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 25-1 | Alexander/Ryan Marine AND Safety LLC | 460.00 | 0.00 | 0.00 |
| 26-1 | Alexander/Ryan Marine AND Safety LLC | 758.00 | 0.00 | 0.00 |
| 27-1 | Alexander/Ryan Marine AND Safety LLC | 151.49 | 0.00 | 0.00 |
| 28-1 | Alexander/Ryan Marine AND Safety LLC | 946.56 | 0.00 | 0.00 |
| 29-1 | Alexander/Ryan Marine AND Safety LLC | 425.05 | 0.00 | 0.00 |
| 30-1 | Alexander/Ryan Marine AND Safety LLC | 5,389.85 | 0.00 | 0.00 |
| 31-1 | Alexander/Ryan Marine AND Safety LLC | 109.00 | 0.00 | 0.00 |
| 32-1 | Alexander/Ryan Marine AND Safety LLC | 2,265.78 | 0.00 | 0.00 |
| 33-1 | Alexander/Ryan Marine AND Safety LLC | 295.57 | 0.00 | 0.00 |
| 34-1 | Alexander/Ryan Marine AND Safety LLC | 85.39 | 0.00 | 0.00 |
| 35-1 | Alexander/Ryan Marine AND Safety LLC | 88.00 | 0.00 | 0.00 |
| 36-1 | Alexander/Ryan Marine AND Safety LLC | 353.96 | 0.00 | 0.00 |
| 37-1 | Alexander/Ryan Marine AND Safety LLC | 9,741.16 | 0.00 | 0.00 |
| 38-1 | Alexander/Ryan Marine AND Safety LLC | 1,975.00 | 0.00 | 0.00 |
| 39-1 | Alexander/Ryan Marine AND Safety LLC | 655.84 | 0.00 | 0.00 |
| 40-1 | Alexander/Ryan Marine AND Safety LLC | 323.08 | 0.00 | 0.00 |
| 41-1 | Alexander/Ryan Marine AND Safety LLC | 251.14 | 0.00 | 0.00 |
| 42-1 | Alexander/Ryan Marine AND Safety LLC | 13,311.84 | 0.00 | 0.00 |
| 43-1 | Alexander/Ryan Marine AND Safety LLC | 48.98 | 0.00 | 0.00 |
| 44-1 | Alexander/Ryan Marine AND Safety LLC | 534.66 | 0.00 | 0.00 |
| 45-1 | Alexander/Ryan Marine AND Safety LLC | 950.37 | 0.00 | 0.00 |
| 46-1 | Alexander/Ryan Marine AND Safety LLC | 793.20 | 0.00 | 0.00 |
| 47-1 | Alexander/Ryan Marine AND Safety LLC | 210.00 | 0.00 | 0.00 |
| 48-1 | Alexander/Ryan Marine AND Safety LLC | 228.03 | 0.00 | 0.00 |
| 49-1 | Alexander/Ryan Marine AND Safety LLC | 319.52 | 0.00 | 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 50-1 | Alexander/Ryan Marine AND Safety LLC | 164.50 | 0.00 | 0.00 |
| 51-1 | Alexander/Ryan Marine AND Safety LLC | 1,269.71 | 0.00 | 0.00 |
| 52-1 | Alexander/Ryan Marine AND Safety LLC | 658.55 | 0.00 | 0.00 |
| 55-1 | BISHOP LIFTING PRODUCTS INC | 21,732.06 | 0.00 | 0.00 |
| 56-1 | MORGAN CITY RENTALS | 30,351.34 | 0.00 | 0.00 |

Total to be paid for tardily filed general unsecured claims: $ 0.00

Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $8,750.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 315 | Summit Partners Credit Fund A-1, L.P. | 0.00 | 0.00 | 0.00 |
| 316 | Summit Investors I (UK), L.P. | 0.00 | 0.00 | 0.00 |
| 317 | Summit Investors I, LLC | 0.00 | 0.00 | 0.00 |
| 318 | Summit Partners Credit Fund, L.P. | 0.00 | 0.00 | 0.00 |
| 325 | Summit Partners Credit Offshore Intermediate Fund, L.P. | 0.00 | 0.00 | 0.00 |
| 326 | Summit Partners Credit Fund A-2, L.P. | 0.00 | 0.00 | 0.00 |
| 419U | Louisiana Department of Revenue | 8,750.00 | 0.00 | 0.00 |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

**UST Form 101-7-TFR(5/1/2011)**