**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| **IN RE:** | **CHAPTER 7** |
| **CAL DIVE INTERNATIONAL, INC.** | **CASE NO. 15-10458** |
| Debtor(s). | **RE: Docket No. 2138** |

## ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

The relief set forth is hereby **ORDERED.**

**AND NOW**, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is **ORDERED**, that the sum of $100,383.16 is reasonable compensation for the services in this case by David Carickhoff, trustee; that such sum does not exceed the limitation prescribed by Section 326 of the Bankruptcy Code, that $0.00 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the Trustee.

**Dated: October 16th, 2025**
**Wilmington, Delaware**

MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE